B1 (Official Form 1)(1/08)

| **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Lodwich, George E.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-1810** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**12606 S. Hillcreek Drive**<br>**Palos Park, IL**<br><div align="right">ZIP Code<br>**60464**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9        of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12   ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13      of a Foreign Nonmain Proceeding |

| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,     ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as         business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |
|---|---|---|

| **Filing Fee** (Check one box)<br><br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**B1 (Official Form 1)(1/08)**

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Lodwich, George E.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ <br> Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Lodwich, George E.** |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ George E. Lodwich**
Signature of Debtor  **George E. Lodwich**

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**December  3, 2009**
Date

### Signature of Attorney*

X  **/s/ William Teitelbaum**
Signature of Attorney for Debtor(s)

**William Teitelbaum 6274270**
Printed Name of Attorney for Debtor(s)

**William Teitelbaum & Donald Leibsker**
Firm Name

**253 Acorn Drive**
**Streamwood, IL 60107**

Address

**630/202-8405  Fax: 630/823-7307**
Telephone Number

**December  3, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re **George E. Lodwich**
Debtor(s)

Case No. _____
Chapter **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                           Page 2

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

    ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ George E. Lodwich**
                               **George E. Lodwich**

Date:    **December  3, 2009**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **George E. Lodwich** _____,   Case No. _____

Debtor

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,120,000.00 | | |
| B - Personal Property | Yes | 4 | 123,454.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 1,256,900.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 66,111.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 22 | | 1,142,819.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 5,764.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 10,296.00 |
| Total Number of Sheets of ALL Schedules | | 38 | | | |
| Total Assets | | | 1,243,454.00 | | |
| Total Liabilities | | | | 2,465,830.00 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **George E. Lodwich**                                                    ,       Case No. _____

Debtor

Chapter                    **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

.

In re    **George E. Lodwich**                                                                    Case No. _____
                                                            ,
                                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Condo - 800 sq ft, 2 bedroom and 2 baths Location: 6300 Parc Corniche, Unit 3305, Orlando, FL 32821** | **Fee simple** | **J** | **100,000.00** | **50,811.00** |
| **single family home - 800 sq ft., 3 bedrooms and 2 baths Location: 11895 E. Carol Ave., Scottsdale, AZ 85259** | **Fee simple** | **J** | **225,000.00** | **385,433.00** |
| **single family home Location: 12606 S. Hillcreek Drive, Palos Park IL 60464** | **Fee simple** | **J** | **650,000.00** | **730,321.00** |
| **A frame home, 4 bedrooms and 1 bath Location: 66987 CR376, Bangor, MI 49013 septic system needs to be repaired and the estimate is $9,700** | **Fee simple** | **J** | **140,000.00** | **90,335.00** |
| **Land : vacant lot Location: lot 31, unit 1, Pueblo, CO, parcel #47-243-01-002** | **Fee simple** | **-** | **5,000.00** | **0.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **1,120,000.00** | (Total of this page) |
| Total > | **1,120,000.00** |  |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re  **George E. Lodwich**                                                    ,   Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **checking account Private Bank** | - | 3,200.00 |
| | | **checking account Bank of America** | J | 28.00 |
| | | **checking account INOVA Credit Union, Mishawaka, IN** | - | 240.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **household goods and furnishings -  4 bedroom sets, couch, dining room table, 3 TVs, 3 end tables, pool table and kitchen table and 4 chairs** | J | 2,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **necessary wearing apparel** | - | 300.00 |
| 7.  Furs and jewelry. | | **2 bracelets and 1 watch** | - | 300.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Prudential Life Insurance, #R4 110 962, beneficiary Kathy Lodwich, cash surrender value $16,025** | - | 16,025.00 |

Sub-Total >          22,093.00

(Total of this page)

___3___  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re   **George E. Lodwich**                                                 ,        Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | National Life, #1652238, beneficiary Kathy Lodwich, cash surrender value $2,386<br>National Life, #1582356, beneficiary Kathy Lodwich, cash surrender value $489<br>National Life, #1539211, beneficiary Kathy Lodwich, cash surrender value $1,528<br>National Life, #1513766, beneficiary Kathy Lodwich, cash surrender value $713<br>National Life, VL 0029024, beneficiary Kathy Lodwich, cash surrender value $169 | - | 5,285.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **IRA** | - | 23,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **GKM & Associates, Inc., 1000 shares @ $1.00 per share<br>Safeguard, Inc. owns 80%<br>George Lodwich owns 20%** | - | 1,000.00 |
| | | **Safeguard, Inc. - holding company<br>George Lodwich owns 100 %** | - | 0.00 |
| | | **Maggart & Sons - George Lodwich owns 100 %** | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | **Prairie Estates Partnership, LLC owns 3 lots in Winthrop Harbor<br>GKM & Associates, Inc. owns 41% and the other 2 partners owned 59%<br>Lot 25, parcel #04-08-201-001<br>Lot 27, parcel #04-08-201-003<br>Lot 28, parcel #04-08-201-004** | J | 60,000.00 |
| | | **GKM & Associates owns 41%** | | |

Sub-Total >        **89,285.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **George E. Lodwich**                                            ,   Case No. _____
                                        Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **2008 federal tax refund; debtor expects the IRS to do a setoff** | - | 8,886.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1998 GMC Van, 135,000 miles; owned by debtor and Maggart & Sons** | - | 1,990.00 |

Sub-Total >          10,876.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **George E. Lodwich**                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **burial plot at Resurrection Cemetery** | H | 1,200.00 |

|  | Sub-Total > | **1,200.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **123,454.00** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re    **George E. Lodwich**                                            ,    Case No. _____
                                                        **Debtor**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:       ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                $136,875.
☐ 11 U.S.C. §522(b)(2)
☒ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **single family home** Location: 12606 S. Hillcreek Drive, Palos Park IL 60464 | **735 ILCS 5/12-901** | **15,000.00** | **650,000.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **checking account Private Bank** | **735 ILCS 5/12-1001(b)** | **3,200.00** | **3,200.00** |
| **checking account Bank of America** | **735 ILCS 5/12-1001(b)** | **28.00** | **28.00** |
| **checking account INOVA Credit Union, Mishawaka, IN** | **735 ILCS 5/12-1001(b)** | **240.00** | **240.00** |
| **Household Goods and Furnishings** | | | |
| **household goods and furnishings - 4 bedroom sets, couch, dining room table, 3 TVs, 3 end tables, pool table and kitchen table and 4 chairs** | **735 ILCS 5/12-1001(b)** | **232.00** | **2,000.00** |
| **Wearing Apparel** | | | |
| **necessary wearing apparel** | **735 ILCS 5/12-1001(a)** | **300.00** | **300.00** |
| **Furs and Jewelry** | | | |
| **2 bracelets and 1 watch** | **735 ILCS 5/12-1001(b)** | **300.00** | **300.00** |
| **Interests in Insurance Policies** | | | |
| **Prudential Life Insurance, #R4 110 962, beneficiary Kathy Lodwich, cash surrender value $16,025** | **215 ILCS 5/238** **735 ILCS 5/12-1001(f)** | **100%** **100%** | **16,025.00** |
| **National Life, #1652238, beneficiary Kathy Lodwich, cash surrender value $2,386 National Life, #1582356, beneficiary Kathy Lodwich, cash surrender value $489 National Life, #1539211, beneficiary Kathy Lodwich, cash surrender value $1,528 National Life, #1513766, beneficiary Kathy Lodwich, cash surrender value $713 National Life, VL 0029024, beneficiary Kathy Lodwich, cash surrender value $169** | **215 ILCS 5/238** **735 ILCS 5/12-1001(h)(3)** | **100%** **100%** | **5,285.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **IRA** | **735 ILCS 5/12-704** | **100%** | **23,000.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **1998 GMC Van, 135,000 miles; owned by debtor and Maggart & Sons** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **1,990.00** |
| | Total: | **87,320.00** | **702,368.00** |

__0__   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **George E. Lodwich**                                                      ,   Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **1330000310** <br><br> **Bank of America** <br> **PO Box 533512** <br> **Atlanta, GA 30353-3512** | | J | **11/01/89** <br><br> **Mortgage** <br><br> **Condo - 800 sq ft, 2 bedroom and 2 baths** <br> **Location: 6300 Parc Corniche, Unit 3305, Orlando, FL 32821** | | | | | |
| | | | Value $              **100,000.00** | | | | **50,811.00** | **0.00** |
| Account No. **1037** <br><br> **GMAC** <br> **PO Box 79048** <br> **Phoenix, AZ 85062-9048** | | J | **03/1995** <br><br> **Mortgage** <br><br> **single family home - 800 sq ft., 3 bedrooms and 2 baths** <br> **Location: 11895 E. Carol Ave., Scottsdale, AZ 85259** | | | | | |
| | | | Value $              **225,000.00** | | | | **99,433.00** | **0.00** |
| Account No. **0583** <br><br> **Park National Bank** <br> **PO Box 4000** <br> **Oak Park, IL 60303** | | J | **Second Mortgage** <br><br> **single family home - 800 sq ft., 3 bedrooms and 2 baths** <br> **Location: 11895 E. Carol Ave., Scottsdale, AZ 85259** | | | | | |
| | | | Value $              **225,000.00** | | | | **286,000.00** | **160,433.00** |
| Account No. **0583** <br><br> **Park National Bank** <br> **PO Box 4000** <br> **Oak Park, IL 60303** | | - | **Second Mortgage** <br><br> **single family home** <br> **Location: 12606 S. Hillcreek Drive, Palos Park IL 60464** | | | | | |
| | | | Value $              **650,000.00** | | | | **286,000.00** | **80,321.00** |
| **1**  continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | **722,244.00** | **240,754.00** |

**B6D (Official Form 6D) (12/07) - Cont.**

In re   **George E. Lodwich**                                                         ,        Case No. _____

Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **0032031304**<br><br>**Washington Mutual Home**<br>**PO Box 9001123**<br>**Louisville, KY 40290-1123** | | J | 08/1999<br><br>Mortgage<br><br>single family home<br>Location: 12606 S. Hillcreek Drive, Palos Park IL 60464 | | | | | |
| | | | Value $                    **650,000.00** | | | | **444,321.00** | **0.00** |
| Account No. **8455563844**<br><br>**Washington Mutual Home**<br>**PO Box 9001123**<br>**Louisville, KY 40290-1123** | | - | 07/2001<br>Mortgage<br>A frame home, 4 bedrooms and 1 bath<br>Location: 66987 CR376, Bangor, MI 49013<br>septic system needs to be repaired and the estimate is $9,700 | | | | | |
| | | | Value $                    **140,000.00** | | | | **90,335.00** | **0.00** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal<br>(Total of this page) | **534,656.00** | **0.00** |
|---|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | **1,256,900.00** | **240,754.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re    **George E. Lodwich**                                                                     ,    Case No. _____
                                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                   __1__    continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **George E. Lodwich** _____, Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx0102** <br><br> **IRS** <br> **PO Box 149338** <br> **Austin, TX 78714** | | J | **income taxes due for tax year 2007** | | | | 66,111.00 | 0.00 <br><br> 66,111.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 <br> 66,111.00 | 66,111.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 0.00 <br> 66,111.00 | 66,111.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07)

In re __George E. Lodwich_____,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br>**A-1 Diesel**<br>**248A West Main Street**<br>**Hendersonville, TN 37075** | | - | | | **business debt** | | | | **1,828.00** |
| Account No. 3728-127017-62005 <br><br>**Allied Interstate**<br>**3000 Corporate Exchange Dr, 5th Fl**<br>**Columbus, OH 43231** | | | | | **revolving account; American Express** | | | | **3,076.00** |
| Account No. <br><br>**American Express**<br>**PO Box 981535**<br>**El Paso, TX 79998-1535** | | - | | | **notice only** | | | | **0.00** |
| Account No. 62005 <br><br>**American Express**<br>**PO Box 981535**<br>**El Paso, TX 79998-1535** | | - | | | **notice only** | | | | **0.00** |

___21___ continuation sheets attached

Subtotal    **4,904.00**
(Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037
S/N:31645-091120   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **George E. Lodwich**                                          ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **9503** <br><br> **American Express** <br> **PO Box 981535** <br> **El Paso, TX 79998-1535** | - | | **03/1972** <br> **revolving account** | | | | **2,716.00** |
| Account No. <br><br> **Armor** <br> **1368 Lonedell Road** <br> **Arnold, MO 63010** | - | | **business debt** | | | | **3,651.00** |
| Account No. <br><br> **Associated Bank** <br> **Leasing Divsion** <br> **PO Box 42** <br> **Red Wing, MN 55066** | - | | **leases; deficiency balance** | | | | **Unknown** |
| Account No. **5588-4505-0035-6221** <br><br> **Bank of America** <br> **PO Box 15184** <br> **Wilmington, DE 19850-5184** | - | | **07/2003** <br> **line of credit; M&S Xpress** | | | | **26,096.00** |
| Account No. **4192-0007-8855-8997** <br><br> **Bank of America** <br> **PO Box 15184** <br> **Wilmington, DE 19850-5184** | - | | **10/2002** <br> **line of credit; Safeguard, Inc.** | | | | **26,842.00** |

Sheet no. __1__ of __21__ sheets attached to Schedule of                                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)    **59,305.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **George E. Lodwich** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5588-4505-0035-6239** <br><br> **Bank of America** <br> **PO Box 15184** <br> **Wilmington, DE 19850-5184** | | - | revolving account; M&S Xpress | | | | 891.00 |
| Account No. **5588-4500-0017-8604** <br><br> **Bank of America** <br> **PO Box 15184** <br> **Wilmington, DE 19850-5184** | | - | revolving account; M&S Xpress | | | | 910.00 |
| Account No. **6098** <br><br> **Bank of America** <br> **PO Box 15184** <br> **Wilmington, DE 19850-5184** | | - | 06/2002 <br> revolving account | | | X | 27,214.00 |
| Account No. **5588-4503-0175-1414** <br><br> **Bank of America Platinum Bus Card** <br> **PO Box 15184** <br> **Wilmington, DE 19850-5184** | | - | revolving account; M&S Xpress | | | | 982.00 |
| Account No. **09-484606** <br><br> **Bank of the West** <br> **c/o Law Offices of Douglas Holloway** <br> **201 Bennington Street** <br> **San Francisco, CA 94110** | | | 10/15/08 <br> M&S Xpress leases 999-084704-001-002-003; deficiency balance | | | | 194,849.00 |

Sheet no. __2__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

224,846.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **George E. Lodwich**                                              ,   Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.<br><br>**Bank of the West**<br>**PO Box 515487**<br>**Los Angeles, CA 90051-6787** | - | | | | **notice only; business deficiency balance** | | | | 0.00 |
| Account No.<br><br>**Beamers Piggy Back Sales & Service**<br>**11989 Tramway Drive**<br>**Cincinnati, OH 45241** | - | | | | **business debt** | | | | 3,327.00 |
| Account No.<br><br>**Beamon's Truck Repair**<br>**417 South Highland Ave.**<br>**Aurora, IL 60506** | - | | | | **business debt** | | | | 6,681.00 |
| Account No.<br><br>**Belleway Service, Inc.**<br>**PO Box 3966**<br>**South Bend, IN 46619-3966** | - | | | | **business debt** | | | | 5,784.00 |
| Account No.<br><br>**Blaine Bros**<br>**10011 Xylite NE**<br>**Minneapolis, MN 55449** | - | | | | **business debt** | | | | 3,688.00 |

Sheet no. __3__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | **19,480.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **George E. Lodwich**                                                          ,   Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. <br><br> **Carter Tire** <br> **51708 State Road 19 North** <br> **Elkhart, IN 46514** | | - | | | business debt | | | | 11,858.00 |
| Account No. **xxxx4096** <br><br> **Cavalry Portfolio Services** <br> **PO Box 800** <br> **Purchase, NY 10577-0800** | | - | | | business debt | | | | 3,473.00 |
| Account No. <br><br> **Center Capitol Corporation** <br> **3 Farm Glen Blvd.** <br> **Farmington, CT 06032** | | | | | M&S Xpress leases 010-0048533-001-002; business deficiency balance | | | | Unknown |
| Account No. **5222-7600-0000-1313** <br><br> **Chase** <br> **PO Box 15298** <br> **Wilmington, DE 19850-5298** | | - | | | 01/1992 revolving account; M&S Xpress | | | | 19,666.00 |
| Account No. **4246-3119-4200-7896** <br><br> **Chase** <br> **PO Box 15298** <br> **Wilmington, DE 19850-5298** | | - | | | 12/1975 revolving account; M&S Xpress | | | | 22,915.00 |

Sheet no. __4__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**57,912.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __George E. Lodwich_____,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 4271-3823-0839-9399 **Citi Cards** **PO Box 6000** **The Lakes, NV 89163-6000** | - | | | 03/1989 **revolving account; M&S Xpress and GKM & Associates** | | | | 39,860.00 |
| Account No. 1301100184 & 1301100127 **Continental Bank** **c/o Bradley R. Jones, P.C.** **765 East 9000 South, Suite A-1** **Sandy, UT 84094** | - | | | 07/21/09 **leases 1301100127-1301100184; business deficiency balance** | | | | 163,855.00 |
| Account No. **Continental Bank** **15 West South Temple, Ste 420** **Salt Lake City, UT 84101** | - | | | **notice only; business deficiency balance** | | | | Unknown |
| Account No. **Cornerstone** **122 N. Stone Road** **Fremont, MI 49412** | - | | | **business debt** | | | | 652.00 |
| Account No. **Credit America** **333 City Boulevard West** **Suite 1700** **Orange, CA 92868** | - | | | **business debt** | | | | Unknown |

Sheet no. __5__ of __21__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    204,367.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **George E. Lodwich**                                      ,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | M&S Xpress leases 68024571-68024797-00068026241-5; business deficiency balance | | | | |
| Credit Union Services 8131 LBJ Freeway, Ste 400 Dallas, TX 75251 | | - | | | | | | | Unknown |
| Account No. | | | | | business debt | | | | |
| Creditors Alliance 719 W Chestnut St. PO Box 1288 Bloomington, IL 61702 | | - | | | | | | | Unknown |
| Account No. | | | | | M&S Xpress purchase on contract 100-0091269-000TI; business deficiency balance | | | | |
| Daimler Chrysler Financial Services Payment Processing PO Box 3198 Milwaukee, WI 53201-3198 | | - | | | | | | | Unknown |
| Account No. | | | | | business debt | | | | |
| Davidson Truck & Auto Repair 6682 West 600 South Russiaville, IN 46979 | | - | | | | | | | 2,493.00 |
| Account No. | | | | | business debt | | | | |
| Days Inn 264 South 00 EW - US 31 South Kokomo, IN 46902 | | - | | | | | | | 684.00 |

Sheet no. __6__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,177.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **George E. Lodwich** _____,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | business debt | | | | |
| Delta Materials Handlings, Inc. PO Box 1000 Dept. #195 Memphis, TN 38148-0195 | - | | | | | | | | 306.00 |
| Account No. | | | | | business debt | | | | |
| Dwight Embry's Garage, Inc. 252 New Porter Pike Bowling Green, KY 42103 | - | | | | | | | | 500.00 |
| Account No. | | | | | business debt | | | | |
| Farmington Truck Center 22098 Canton Court Farmington, MN 55024 | - | | | | | | | | 2,374.00 |
| Account No. | | | | | M&S Xpress purchaser on contract 0010010735-000-0010010735-001; business deficiency balance | | | | |
| FCC Equipment Finance PO Box 56347 Jacksonville, FL 32241 | - | | | | | | | | Unknown |
| Account No. | | | | | M&S Xpress leases 34273; business deficiency balance | | | | |
| Financial Fedreral Credit PO Box 201392 Houston, TX 77216-1392 | - | | | | | | | | Unknown |

Sheet no. __7__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **3,180.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **George E. Lodwich**                                                          ,        Case No. _____

                                                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **First Federal Leasing** | - | | | leases; business deficiency balance | | | | **Unknown** |
| Account No. <br><br> **Ford Motor Credit** <br> **3010 Highland Park** <br> **Downers Grove, IL 60515** | - | | | **M&S Xpress leases for equipment 0154724-004; business deficiency balance** | | | | **Unknown** |
| Account No. <br><br> **Freemont Ford Mercury, Inc.** <br> **7148 W. 48th Street** <br> **Fremont, MI 49412** | - | | | business debt | | | X | **374.00** |
| Account No. <br><br> **Freemont Tire Wholesalers** <br> **424 West Main** <br> **Fremont, MI 49412** | - | | | business debt | | | | **811.00** |
| Account No. <br><br> **Freightliner of Grand Rapids** <br> **5285 Clay Ave. SW** <br> **Wyoming, MI 49548** | - | | | business debt | | | X | **962.00** |

Sheet no. __8__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              **2,147.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **George E. Lodwich**                                              ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No. | | - | | business debt | | | | |
| **GC Services Limited Partnership Collection Agency Division 6330 Gulfton Houston, TX 77081** | | | | | | | | **Unknown** |
| Account No. | | - | | M&S Xpress leases 1460520-001 & 146520-002; business deficiency balance | | | | |
| **GE Transporation Finance PO Box 822108 Philadelphia, PA 19182** | | | | | | | | **Unknown** |
| Account No. **9cv732** | | - | | business debt; judgment | | | | |
| **General Tire Service 355 Red River Road PO Box 262 Gallatin, TN 37066** | | | | | | | | **5,083.00** |
| Account No. | | - | | business debt | | | | |
| **General Tire Service 355 Red River Road PO Box 262 Gallatin, TN 37066** | | | | | | | | **4,970.00** |
| Account No. | | - | | business debt | | | | |
| **Genuine Parts Co. - Mt. Vernon 5959 Colections Center Drive Chicago, IL 60693** | | | | | | | | **181.00** |

Sheet no. __9__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **10,234.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **George E. Lodwich**                                                    ,        Case No. _____
                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | vehicle lease | | | | |
| GMAC PO Box 380902 Minneapolis, MN 55438 | - | | | | | | | | 800.00 |
| Account No. | | | | | business debt; rent | | | | |
| Groebe Management Services, Inc 7250 West College Dr., Ste 2SE Palos Heights, IL 60463 | - | | | | | | | | 17,846.00 |
| Account No. | | | | | business debt | | | | |
| H W Forklift, Inc. 7405 East 12th Street Kansas City, MO 64126 | - | | | | | | | | 1,772.00 |
| Account No. | | | | | business debt | | | | |
| Heikes Equipment 22008 Canton Court Farmington, MN 55024 | - | | | | | | | | 2,068.00 |
| Account No. | | | | | business debt | | | | |
| Hill Truck Sales PO Box598 South Bend, IN 46619 | - | | | | | | | | 1,572.00 |

Sheet no. __10__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                  24,058.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **George E. Lodwich**                                                   ,     Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | business debt | | | | |
| Holiday Inn South Bulter Hill 4234 Bulter Road Saint Louis, MO 63129 | - | | | | | | 156.00 |
| Account No. | | | business debt | | | | |
| Indiana Truck Sales & Service PO Box 51077 Indianapolis, IN 46251 | - | | | | | X | 24,922.00 |
| Account No. | | | business debt | | | | |
| J J Keller & Associates, Inc PO Box 548 Neenah, WI 54957-0548 | - | | | | | | 241.00 |
| Account No. | | | business debt | | | | |
| JEB & Associates, Inc. 118 N. Clinton St., Ste 100 Chicago, IL 60661 | - | | | | | | 12,545.00 |
| Account No. | | | business debt | | | | |
| Jerry's Towing & Recovery, Inc. PO Box 318 Newaygo, MI 49337 | - | | | | | | 200.00 |

Sheet no. __11__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**38,064.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **George E. Lodwich**                                                    ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Kansas City Freightliner Sales, Inc**<br>**PO Box 418050**<br>**Kansas City, MO 64141** | - | | | **business debt** | | | | 476.00 |
| Account No. <br><br>**Kelly's Auto Parts**<br>**500 Gravois Road**<br>**Fenton, MO 63026** | - | | | **business debt** | | | | 308.00 |
| Account No.  **19N1**<br><br>**Kenneth Else**<br>**777 E. Missouri Ave., Ste 1**<br>**Phoenix, AZ 85014** | - | | | **Cox Communications** | | | | 150.00 |
| Account No. <br><br>**Key Equipment**<br>**Payment Processing**<br>**PO Box 203901**<br>**Houston, TX 77216-3901** | - | | | **leases; business deficiency balance** | | | | Unknown |
| Account No. <br><br>**Key Equipment**<br>**Payment Processing**<br>**PO Box 74713**<br>**Cleveland, OH 44194-0796** | - | | | **M&S Xpress leases 560862-5-1 & 560862-5-2; deficiency balance** | | | | Unknown |

Sheet no. __**12**__ of __**21**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

934.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **George E. Lodwich**                                    ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Levin Roers PA**<br>**7400 Lyndale Ave South, Ste 180**<br>**Minneapolis, MN 55423-4055** | - | | **business debt** | | | | **Unknown** |
| Account No. **xx-xx-1414**<br><br>**Lyons Financial Services, Inc.**<br>**c/o Askounis & Darcy, PC**<br>**401 N. Michigan Ave., Suite 550**<br>**Chicago, IL 60611** | - | | **08/12/08**<br>**loan** | | | | **180,903.00** |
| Account No.<br><br>**Manifest Funding Services**<br>**PO Box 790448**<br>**Saint Louis, MO 63179-0448** | | | **M&S Xpress leases 600-0071620-000; business deficiency balance** | | | | **Unknown** |
| Account No.<br><br>**Mid American Leasing Co.**<br>**225 South Main Ave.**<br>**PO Box 5000**<br>**Sioux Falls, SD 57117** | - | | **M&S Xpress leases 216384; business deficiency balance** | | | | **Unknown** |
| Account No.<br><br>**Mike Raisor Ford**<br>**PO Box 5028**<br>**Lafayette, IN 47903** | - | | **business debt** | | | | **999.00** |

Sheet no. __**13**__ of __**21**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**181,902.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **George E. Lodwich** _____,   Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | business debt | | | | |
| Mobile Wrench, Inc. 3310 - 12th Street Wayland, MI 49348 | - | | | | | | | 1,743.00 |
| Account No. | | | | business debt | | | | |
| Moody's Tire & Auto Service 1600 Columbus Ave. Franklin, TN 37064 | - | | | | | | | 1,909.00 |
| Account No. | | | | business debt | | | | |
| Napa Auto Parts - Fremont 225 West Main Fremont, MI 49412 | - | | | | | | | 600.00 |
| Account No. | | | | business debt | | | | |
| Nationwide Recovery Systems 2304 Tarpley, Ste 134 Carrollton, TX 75006 | - | | | | | | | Unknown |
| Account No. 3728-127017-62005 | | | | revolving account; American Express | | | | |
| NCO 507 Prudential Road Horsham, PA 19044 | - | | | | | | | 5,616.00 |

Sheet no. __14__ of __21__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,868.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **George E. Lodwich**                                              ,        Case No. _____
_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Neely Coble Co.**<br>**318 Fesselers Lane**<br>**Nashville, TN 37210** | - | | business debt | | | | 3,156.00 |
| Account No. <br><br>**Neil's Truck & Equipment**<br>**PO Box 299**<br>**Kingston, IL 60145** | - | | business debt | | | | 577.00 |
| Account No. 373353516/121561515 <br><br>**Nextel - Sprint**<br>**PO Box 4191**<br>**Carol Stream, IL 60197-4191** | - | | business debt | | | | 12,189.00 |
| Account No. **2269** <br><br>**North 9th Street Napa**<br>**2219 North 9th Street**<br>**Lafayette, IN 47904** | - | | business debt | | | | 650.00 |
| Account No. <br><br>**O'Reilly Automotive, Inc.**<br>**PO Box 790098**<br>**Saint Louis, MO 63179-0098** | - | | business debt | | | | 899.00 |

Sheet no. __**15**__ of __**21**__ sheets attached to Schedule of                        Subtotal                  17,471.00
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **George E. Lodwich**                                                                      ,          Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1279**<br><br>**Paccar Financial<br>PO Box 642945<br>Pittsburgh, PA 15264-2945** | - | | **02/2005<br>M&S Xpress leases<br>900-652-600-000054112986; business deficiency balance** | | | | 23,583.00 |
| Account No. **2986**<br><br>**Paccar Financial<br>PO Box 642945<br>Pittsburgh, PA 15264-2945** | - | | **M&S Xpress lease<br>900-652-600-600-000054112986; business deficiency balance** | | | | 1,637.00 |
| Account No. **3619454**<br><br>**Pomps Tire Service, Inc.<br>PO Box 1630<br>Green Bay, WI 54305-1630** | - | | **business debt** | | | | 1,250.00 |
| Account No.<br><br>**Prairie Archway Int'l<br>1400 East Terra Lane<br>O Fallon, MO 63366** | - | | **business debt** | | | | 1,136.00 |
| Account No. **09 L 2576**<br><br>**Pramco IV, LLC<br>c/o Drive Grach Quade & Masini LLP<br>111 N. County Street<br>Waukegan, IL 60085** | - | | **04/15/08<br>Purchaser on contract 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-3; business deficiency balance** | | | | 55,923.00 |

Sheet no. __**16**__ of __**21**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 83,529.00 |
|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __George E. Lodwich__ ,      Case No. _____

                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Q.I. Exchange/Ford Motor Credit** <br> **8965 S. Exchange Ave., Ste 300** <br> **Las Vegas, NV 89123** | - | | leases; business deficiency balance | | | | **Unknown** |
| Account No. <br><br> **Quality Truck Care Center, Inc.** <br> **PO Box 3337** <br> **Oshkosh, WI 54903-3337** | - | | business debt | | | | **2,611.00** |
| Account No. 09 M1 126820 <br><br> **Southgate Capital, LLC** <br> **c/o Teller Levit & Silvertrust, P.C** <br> **11 East Adams Street, Suite 800** <br> **Chicago, IL 60603** | - | | 02/03/09 <br> M&S Xpress lease 8760; business deficiency balance | | | | **6,091.00** |
| Account No. <br><br> **Southgate Capital, LLC** <br> **PO Box 270557** <br> **Milwaukee, WI 53227** | - | | notice only; M&S Xpress lease 8760; business deficiency balance | | | | **0.00** |
| Account No. <br><br> **Spectrum Health Occupational Svs** <br> **PO Box 2048** <br> **Grand Rapids, MI 49501** | - | | medical services | | | | **20.00** |

Sheet no. __17__ of __21__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **8,722.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037             Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **George E. Lodwich**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **8374** | | | | **01/2003** **revolving account; business** | | | | |
| **State Farm Financial** **PO Box 23025** **Columbus, GA 31902** | - | | | | | | | 12,255.00 |
| Account No. | | | | **business debt** | | | | |
| **Steve's Mobile Maintenance** **617 Armourdale Pkwy** **Kansas City, KS 66105** | - | | | | | | | 926.00 |
| Account No. | | | | **business debt** | | | | |
| **T & B Truck Repair** **2523 Stateline Road West** **Southaven, MS 38671** | - | | | | | | | 8,464.00 |
| Account No. | | | | **business debt** | | | | |
| **T & E Tire Service** **4980 Stilwell** **PO Box 33442** **Kansas City, MO 64120-3442** | - | | | | | | | 8,076.00 |
| Account No. | | | | **M&S Xpress leases 507522-507402; business deficiency balance** | | | | |
| **Team Financial Group** **3391 Three Mile Road NW** **Grand Rapids, MI 49544** | - | | | | | | | Unknown |

Sheet no. __**18**__ of __**21**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          29,721.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **George E. Lodwich**                                    , Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | business debt | | | | |
| Tipton Co. Tire & Auto Service 1015 Berryman Pike Tipton, IN 46072 | - | | | | | | | 1,544.00 |
| Account No. | | | | business debt | | | | |
| Total Truck Parts 4525 Poplar Level Road Louisville, KY 40213 | - | | | | | | | 3,161.00 |
| Account No. | | | | business debt | | | | |
| Trans Chicago Truck Group 4000 N. Mannheim Franklin Park, IL 60131 | - | | | | | | | 763.00 |
| Account No. | | | | business debt | | | | |
| Transworld Systems 1375 E. Woodfield Road, #110 Schaumburg, IL 60173 | - | | | | | | | Unknown |
| Account No. | | | | business debt | | | | |
| Travel Centers of America PO Box 641906 Cincinnati, OH 45264-1906 | - | | | | | | | 1,828.00 |

Sheet no. __19__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **7,296.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **George E. Lodwich**                                                    , Case No. _____
                                 Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Tri Star Tire** <br> **824 Marshall Road** <br> **St. Louis, MO 63088** | - | | business debt | | | | 223.00 |
| Account No. <br><br> **Truck Country** <br> **PO Box 689707** <br> **Milwaukee, WI 53268-9707** | - | | business debt | | | | 499.00 |
| Account No. 5306-3000-0299-7546 <br><br> **United Recovery Systems** <br> **5800 North Course Drive** <br> **Houston, TX 77072** | - | | revolving account; Citibank | | | | 12,114.00 |
| Account No. 3715-517093-52002 <br><br> **United Recovery Systems** <br> **5800 North Course Drive** <br> **Houston, TX 77072** | - | | 07/1972 <br> revolving account; American Express | | | | 16,499.00 |
| Account No. 09-1204 <br><br> **Univest Capital, Inc.** <br> **9322 Reliable Parkway** <br> **Chicago, IL 60686** | - | | M&S Xpress lease 10913; business deficiency balance | | | | 36,051.00 |

Sheet no. __20__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **65,386.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **George E. Lodwich**                                                                    ,        Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Williamson County Adjustment Bureau 612 W. Main St. Franklin, TN 37064** | - | | business debt | | | | **Unknown** |
| Account No. <br><br> **Working Well 35332 Eagleway Chicago, IL 60678-1353** | - | | business debt | | | | **1,170.00** |
| Account No.  **0414-00-518989-0** <br><br> **Wright Express - Fleet Service PO Box 6293 Carol Stream, IL 60197-6293** | - | | business debt | | | | **85,146.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __21__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | **86,316.00** |
| Total (Report on Summary of Schedules) | **1,142,819.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **George E. Lodwich**                                                   ,    Case No. _____
                                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Bank of the West-Trinity Div**<br>**PO Box 515487**<br>**Los Angeles, CA 90051** | **Lessee on lease 999-0840704-001-002-003 3 different truck leases for M&S Xpress** |
| **Center Capitol**<br>**PO Box 1188**<br>**Farmington, CT 06034** | **Lessee on lease 010-0048533-001-002 truck purchases for M&S Xpress** |
| **Continental Bank**<br>**15 W. South Temple**<br>**Salt Lake City, UT 84101** | **Lessee on lease 1301100127--1301100184 truck purchases for M&S Xpress** |
| **Credit Union Services**<br>**8131 LBJ Freeway**<br>**Dallas, TX 75251** | **Lessee on lease 68024571-68024797-00068026241, 5 different leases for trucks for M&S Xpress** |
| **Daimler Credit Services**<br>**13650 Heritage Parkway**<br>**Fort Wayne, TX 76177** | **Purchaser on contract 100-0091269-000tl purchase of trucks for M&S Xpress** |
| **FCC  Equipment Financial**<br>**PO Box 56347**<br>**Jacksonville, FL 32241** | **Purchaser on contract 0010010735-000--0010010735-001 purchases of trucks for M&S Xpress** |
| **Financial Federal Credit**<br>**PO Box 201392**<br>**Houston, TX 77216** | **Lessee on lease 34273 trucks purchases for M&S Xpress** |
| **Ford Motor Credit**<br>**3010 Highland Park**<br>**Downers Grove, IL 60515** | **Lessee on lease 0154724-004 8 different leases for equipment for M&S Xpress** |
| **GE Transportation Finance**<br>**PO Box 822108**<br>**Philadelphia, PA 19182** | **Lessee on lease 1460520-001--1460520-002 trucks for M&S Xpress** |
| **GMAC**<br>**PO Box 380902**<br>**Minneapolis, MN 55438** | **vehicle lease** |
| **Key Equipment Finance**<br>**PO Box 74713**<br>**Cleveland, OH 44194** | **Lessee on lease 560862-5-1--560862-5-2 10 different leases for trucks for M&S Xpress** |
| **Manifest Funding Services**<br>**PO Box 201392**<br>**Houston, TX 77216-1392** | **Lessee on lease 600-0071620-000 trucks leases for M&S Xpress** |

1

___ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

In re    **George E. Lodwich**                                                    , Case No. _____
                                              Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Mid America Leasing**<br>**PO Box 5000**<br>**Sioux Falls, SD 57117** | **Lessee on Lease 216384 trucks for M&S Xpress** |
| **Paccar Financial**<br>**PO Box 642945**<br>**Pittsburgh, PA 15264** | **Lessee on lease 900-652-600-00005412986 trucks for M&S Xpress** |
| **Pramco IV, LLC**<br>**PO Box 86**<br>**Minneapolis, MN 55486** | **Purchaser on contract 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-3 line of credit and equipmentt purchaces** |
| **Southgate Capital**<br>**4440 S. 108th Street**<br>**Milwaukee, WI 53228** | **Lessee on lease 8760 trucks for M&S Xpress** |
| **Team Financial Group**<br>**3391 Three Mile Road NW**<br>**Grand Rapids, MI 49534** | **Lessee on lease 507522--507402 trucks for M&S Xpress** |
| **Univest Capital**<br>**3325 Street Road**<br>**Bensalem, PA 19020** | **Lessee on lease 10913 trucks for M&S Xpress** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re   **George E. Lodwich**                                          ,          Case No. _____
                                          Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re __**George E. Lodwich**_____     Case No. _____
                          Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**son** | AGE(S):<br>**22** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **driver** | **accounting clerk** |
| Name of Employer | **First Student Bus Company** | **Richards Building Supply Co.** |
| How long employed | **1 month** | **8 months** |
| Address of Employer | **8400 W. 67th Street**<br>**Hodgkins, IL** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **1,200.00** | $ | **2,427.00** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **1,200.00** | $ | **2,427.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | **180.00** | $ | **368.00** |
| b. Insurance | $ | **0.00** | $ | **0.00** |
| c. Union dues | $ | **0.00** | $ | **0.00** |
| d. Other (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **180.00** | $ | **368.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **1,020.00** | $ | **2,059.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance | | | | |
| (Specify): **SSA** | $ | **1,885.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income | | | | |
| (Specify): **rental income Palos Park home** | $ | **800.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **2,685.00** | $ | **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **3,705.00** | $ | **2,059.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ | **5,764.00** | | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re   **George E. Lodwich**                                          Case No. _____
                          Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 6,166.00 |
| a. Are real estate taxes included?   Yes  **X**   No ___ | | |
| b. Is property insurance included?   Yes  **X**   No ___ | | |
| 2. Utilities:   a. Electricity and heating fuel | $ | 510.00 |
| b. Water and sewer | $ | 40.00 |
| c. Telephone | $ | 40.00 |
| d. Other   **See Detailed Expense Attachment** | $ | 200.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 180.00 |
| 4. Food | $ | 1,000.00 |
| 5. Clothing | $ | 0.00 |
| 6. Laundry and dry cleaning | $ | 10.00 |
| 7. Medical and dental expenses | $ | 120.00 |
| 8. Transportation (not including car payments) | $ | 100.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 60.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 258.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 100.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other | $ | 0.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other   **See Detailed Expense Attachment** | $ | 1,512.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and,   $   **10,296.00**
if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| 20. STATEMENT OF MONTHLY NET INCOME | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 5,764.00 |
| b.   Average monthly expenses from Line 18 above | $ | 10,296.00 |
| c.   Monthly net income (a. minus b.) | $ | -4,532.00 |

B6J (Official Form 6J) (12/07)

In re   **George E. Lodwich**                                          Case No. _____
                                    Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| cell phone | $ | 100.00 |
| cable | $ | 60.00 |
| internet | $ | 40.00 |
| **Total Other Utility Expenditures** | $ | **200.00** |

**Other Expenditures:**

| | | |
|---|---|---|
| grooming | $ | 200.00 |
| wife's credit card payments | $ | 525.00 |
| mortgage payment on the Arizona home | $ | 787.00 |
| **Total Other Expenditures** | $ | **1,512.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **George E. Lodwich**                                                              Case No. _____
_____                Chapter    **7**
                                    Debtor(s)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**40**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **December 3, 2009**                    Signature    **/s/ George E. Lodwich**
                                                             **George E. Lodwich**
                                                             Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **George E. Lodwich**                                          Case No. _____
                                    Debtor(s)         Chapter    **7**    _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's
☐       business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$375.00** | **2009 YTD: Debtor First Student Bus Company** |
| **$25,500.00** | **2008: Debtor Maggart & Sons** |
| **$25,500.00** | **2007: Debtor Maggart & Sons** |
| **$-26,175.00** | **2008: Debtor GKM & Associates, Inc.** |
| **$-33,682.00** | **2007: Debtor GKM & Associates, Inc.** |

2

**2. Income other than from employment or operation of business**

None ☐   State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$23,177.00** | **2009 YTD: Debtor SSA** |
| **$-6,861.00** | **2008: debtor and wife Florida rental income** |
| **$8,000.00** | **2009 YTD: debtor and wife rental from Palos Park home** |
| **$9,000.00** | **2008: debtor and wife rent from Palos Park home** |

**3. Payments to creditors**

None ■   *Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

None ■   b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|

None ■   c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| **Pramco IV, LLC v. George E.<br>Lodwich; 09 L 2576** | **contract** | **Circuit Court of Cook County,<br>Law Division** | **judgment** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Lyon Financial Services, Inc., d/b/a US Bancorp Manifest Funding Services v. Maggart & Sons, Inc., d/b/a M&S Xpress, Safeguard, Inc., and George Lodwich; 09-cv-14714** | **breach of contract** | **United States District Court, Northern District of Illinios** | **pending** |
| **Southgate Capital, LLC v. Maggart & Sons, Inc., d/b/a M&S Xpress II, and George Lodwich; 09 M1 126820** | **breach of contract** | **Circuit Court of Cook County, Municipal Dept, First District** | **pending** |
| **Cathay Bank v. Prairie Estates Partnership, LLC, Unknown Owners; 09 CH 1732** | **foreclosure** | **Circuit Court of Cook County, Chancery Division** | **judgment** |
| **Bank of the West v. Maggart & Sons, Inc., d/b/a M&S Xpress, George E. Lodwich; Safeguard, Inc.; 09-484606** | **contract** | **Superior Court of the State of California, County of San Francisco** | **judgment** |
| **Univest Capital, Inc. v. George Lodwich; 09-1204** | **lease** | **Bucks County, PA** | **judgment** |

None
☐   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Ford Motor Credit 3010 Highland Park Downers Grove, IL 60515** | **2008** | **see attached list of trucks** |
| **Daimler Chrysler Financial Services 13650 Heritage Parkway Fort Worth, TX 76177** | **2008** | **see attached list of trucks** |
| **Team Financial Group 3391 Three Mile Road NW Grand Rapids, MI 49544** | **2008** | **see attached list of trucks** |
| **Continental Bank 15 W. South Temple Salt Lake City, UT 84101** | **2008** | **see attached list of trucks** |
| **Mid American Leasing PO Box 5000 Sioux Falls, SD 57117** | **2008** | **see attached list of trucks** |
| **Financial Federal Credit PO Box 201392 Houston, TX 77216-1392** | **2008** | **see attached list of trucks** |
| **Key Equipment Payment Processing PO Box 74713 Cleveland, OH 44194-0796** | **2008** | **see attached list of trucks** |
| **FCC Equipment Finance PO Box 56347 Jacksonville, FL 32241** | **2008** | **see attached list of trucks** |

4

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Center Capitol Corporation**<br>**PO Box 1188**<br>**Farmington, CT 06034** | **2008** | **see attached list of trucks** |
| **Credit Union Services**<br>**8131 LBJ Freeway, Ste 400**<br>**Dallas, TX 75251** | **2008** | **see attached list of trucks** |
| **Manifest Funding Services**<br>**PO Box 201392**<br>**Houston, TX 77216-1392** | **2008** | **see attached list of trucks** |
| **GE Transporation**<br>**PO Box 822108**<br>**Philadelphia, PA 19182** | **2008** | **see attached list of trucks** |
| **Paccar Financial**<br>**PO Box 642945**<br>**Pittsburgh, PA 15264-2945** | **2008** | **see attached list of trucks** |
| **Associated Bank**<br>**Leasing Divsion**<br>**PO Box 42**<br>**Saint Louis, MO 63179-0448** | **2008** | **see attached list of trucks** |

### 5. Repossessions, foreclosures and returns

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and receiverships

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

5

**8. Losses**

None ☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **home - walls, carpeting and roof; value $7,800** | **water leak from roof covered by insurance** | **December 2008** |
| **garage - ceiling and walls; value $3,300** | **water leak caused by ice on the roof insurance covered the damage** | **March 2009** |

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **William Teitelbaum**<br>**253 Acorn Drive**<br>**Streamwood, IL 60107** | **Nov, 2009** | **$7,000** |

**10. Other transfers**

None ☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Kathy Lodwich**<br>**12606 S. Hillcreek Drive**<br>**Palos Park, IL 60464**<br>   **wife** | **April 2009** | **sold vacant lot in Michigan for $63,000 Kathy Lodwich was joint owner and she received $20,000** |
| **George Lodwich**<br>**12606 S. Hillcreek Drive**<br>**Palos Park, IL 60464**<br>   **Debtor** | **April 2009** | **sold vacant lot in Michigan for $63,000 and received $43,000** |

None ■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

6

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None
☐

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |
| **Bank of America Palos Heights, IL** | **Geroge Lodwich** | **documents** | |

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

7

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Maggart & Sons, Inc. d/b/a M&S Xpress** | 35-1963991 | **8300 College Drive, #2E Palos Heights, IL 60463** | **trucking** | **1993 to November 2008** |
| **Safeguard, Inc.** | 36-4223589 | **8300 College Drive, #2E Palos Heights, IL 60463** | **holding company** | **1998 to 2008** |
| **GKM & Associates, Inc.** | 36-4199552 | **PO Box 684 Palos Park, IL 60464** | **property management** | **1998 - ongoing** |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Prairie Estates Partnership** | 36-4017198 | PO Box 684 Palos Park, IL 60464 | property development | 1997 - ongoing |

None
■     b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                              ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐     a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Kathy Lodwich** | **daily bookkeeping** |
| **Brian T. Savage c/o Forum Tax & Accounting Services, LLC 1900 S. Highland Ave., Ste. 100 Lombard, IL 60148** | **2007 & 2008** |

None
■     b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■     c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
■     d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

**20. Inventories**

None
■     a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None
□ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Joyce LeVine**<br>**18 Valley Road**<br>**Highland Park, IL 60035** | | **38% share** |
| **Albert J. Ceddia (deceased)** | | **21% share** |

None
■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None
■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

10

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **December  3, 2009**                    Signature    **/s/ George E. Lodwich**

**George E. Lodwich**

Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

M&SVEHICLELIST.xls

**M & S Xpress Vehicle List**

9/10/2008

| NSP# | VIN Number | Unit | Location | Description | Disposition | License | | | App Plate | Plate Number | Owned or Leased |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 57 | 1FT5X21P7SEC77699 | 1 | Fremont MI-Dave | 2003 Ford F350 Pickup | In Use | Yes | | | Yes | 350830 | Leased |
| 1 | 1FDWF37P4SEC89296 | 10 | Tipton - IN | 2005 - 1 Ton Ford F373 Truck One Ton | In Use | Yes | Yes | | No | 351135 | Leased |
| 47 | 1FDWF37P0SEDBF73 | 14 | Valley Park - MO | 2005 - 1 Ton Ford F350 4 x 2 | In Use | Yes | Yes | | | 415023 | Leased |
| 48 | 1FTNP20526EA91181 | 16 | Blue Haven - MS | 2005 Ford F250 4 x 4 Pickup (In Shop) | In Use | Yes | Yes | | Yes | 2115SD | Leased |
| 4_12_17 | 1FTNF21S9BEB43704 | 17 | O'Fallon - MO | 2005 - Ford F250 4 x 4 Pickup (In Shop) | In Use | Yes | Yes | | | 350028 | Leased |
| 13 | 1FTNF20546EA83374 | 18 | Fremont - MI | 2005 - Ford F250 Pickup (Tom Fitzgerald) (CHANGE) | In Use | Yes | Yes | | | 350028 | Leased |
| 7 | 1FTNF20516EA98400 | 19 | Palos Heights - IL | 2006 - Ford F250 Pickup (In Shop) | In Use | Yes | Yes | | | 350323 | Leased |
| 13 | 1HTSCAAM2XH811871 | 47 | Blue Springs - MO | 1999 - Int'l 4900 18ft Flat Bed (CHANGE) | In Use | Yes | Yes | | | 350327 | Leased |
| 6 | 1HTSCAAM0XH610128 | 49 | Lenexa - KS | 1999 - Int'l Flat Bed | In Use | Yes | Yes | | | 351139 | Owned |
| 45 | 2FEZKXED9E3XA8908D5 | 65 | Wrightstown - WI | 1999 - Sterling Boom LT9900 | In Use | Yes | Yes | | Yes | 351134 | Owned |
| 45 | 3FZXKHYB5XA636671 | 70 | Lakeville - IN | 1999 - Sterling Boom 4 Axle | In Use | Yes | Yes | | Yes | 414782 | Leased |
| 10 | 1FUYDSEB6XPJH4529 | 79 | Blue Springs - MO | 1999 - Int'l Flat Bed | In Use | Yes | Yes | | No | 1065548 | Owned |
| 10 | 2FZHZAS11AH42620 | 80 | Valley Park - MO | 2001 - Sterling Boom | In Use | Yes | Yes | | Yes | 351135 | Owned |
| 85 | 2FZHZAS21AH42649 | 85 | Valley Park - MO | 2001 Starling Boom LT 9513 | In Use | Yes | Yes | | | 969212 | Leased |
| 17 | 2FZXEWEB6YAH42633 | 90 | O'Fallon - MO | 2000 Sterling Boom LT9900 | In Use | Yes | Yes | | | 404023 | Leased |
| 17 | 1HTSDAAN3TH091053 | 96 | Fremont - MI | 1995 - 4900 Int'l | In Use | Yes | Yes | | | 404549 | Leased |
| 24 | 1PVHCKAKG4HM19762 | 101TP | Bowling Green KY | 2004 - Freightliner Tandem (61A-P) Princeton | In Use | Yes | Yes | | | 327920 | Owned |
| 20_20 | B3J681003 | 100P | Bowling Green KY | 2003 - Model PB50 (pigback) | In Use | Yes | Yes | | | 327920 | Owned |
| 20_20 | 2FZACFCT73AL70720 | 102 | Hendersonville - TN | 2003 - Acterra | In Use | Yes | Yes | | Yes | 1014240 | Owned |
| 19 | 2FZACFCT89AL70721 | 109 | Lafayette - IN | 2003 - Acterra | In Use | Yes | Yes | | | 351140 | Owned |
| 10 | 2FZACFCT03AL70722 | 104 | Huntsville - AL | 2003 - Acterra | In Use | Yes | Yes | | | 1067099 | Owned |
| 21 | 2FZACFCT23AL70723 | 105 | Lafayette - IN | 2003 - Acterra | In Use | Yes | Yes | | | 351138 | Owned |
| 23 | 2FZACFCTX3AL70727 | 106 | South Haven - MS | 2003 - Acterra | In Use | Yes | Yes | | | 351141 | Owned |
| 22 | 2FZACFCT63AL70725 | 107 | Lakeville - IN | 2003 - Acterra | In Use | Yes | Yes | | Yes | 262244 | Owned |
| 22 | 2FZACFCT93AL70935 | 110 | Naperville - IL | 2003 - Acterra | In Use | Yes | Yes | | | 351133 | Owned |
| 19 | 2FZACFCT03AL70936 | 111 | South Haven - MS | 2003 - Sterling Acterra 24ft, Van Body Box | In Use | Yes | Yes | | | 351139 | Owned |
| 11 | 2FZACKAKX3HK10250 | 112 | Hendersonville - TN | 2003 - Freightliner M2106 18ft | In Use | Yes | Yes | | | 351129 | Owned |
| 15 | 1FVACXAK3HK10251 | 113 | McFarland - WI | 2003 - Freightliner M2106 18ft | In Use | Yes | Yes | | Yes | 284684 | Owned |
| 15 | 1PVHCYAK74HM54332 | 114T | Wrightstown - WI | 2004 - Freightliner M2106 22ft, Tandem Flat | In Use | Yes | Yes | | Yes | 284685 | Owned |
| 16 | 1PVHCYDC34HM54033 | 115T | Blue Springs - MO | 2004 - Freightliner M2106 22ft, Tandem Flat | In Use | Yes | Yes | | Yes | 1087100 | Owned |
| | 2NKMLZ9X04M052108 | 116T | Blue Springs - MO | 2004 - Kenworth 22ft, Tandem Flat | In Use | Yes | Yes | | | 1067101 | Owned |
| | 1FVHCYCS54HM79745 | 117TP | Lenexa - KS | 2004 - Freightliner M2106 22ft, Tandem Flat w/pigyback | In Use | Yes | Yes | | | 285273 | Leased |
| | 89864703 | 118P | Lenexa - KS | 2004 - Princeton P/B Lift Fork PB-50 | In Use | Yes | Yes | | Yes | 284698 | Owned |
| 26 | 1FVHCYDC74HM90887 | 118T | Mishawaka - IN | 2004 - Freightliner 22ft, Tandem Flat w/pigyback | In Use | Yes | Yes | | | 285457 | Owned |
| 25 | 1FVHCYCS64HM97394 | 120T | Blue Springs - MO | 2004 - Freightliner 22ft, Tandem w/pigyback | In Use | Yes | Yes | | | 285456 | Owned |
| | 38240405 | 60P | Blue Springs - MO | 1995 - Pigback | In Use | Yes | Yes | | | | Owned |
| 42 | 1FVACXCS64HM91081 | 121 | Hendersonville - TN | 2004 - Freightliner 20ft, 33 GVW | In Use | Yes | Yes | | Yes | 293160 | Owned |
| 47 | 1FVACXCSX4HM91092 | 122 | Mishiawaka - IN | 2004 - Freightliner 20ft, 33 GVW | In Use | Yes | Yes | | Yes | 293161 | Owned |

M&SVEHICLEUST.xls

**M & S Xpress Vehicle List**

9/1/2008

| MS# | VIN Number | Vehicle # | Location | Description | Disposition | Licensed | Insured | Apportion Plate | Plate Number | Owned or Leased |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1FVACYCSS4HN24553 | 123T | Huntsville - AL | 2004 - Freightliner 22ft. Tandem | In Use | Yes | Yes | Yes | 325550 | Leased |
| | 1FVACXAKX0HK10255 | 124 | Huntsville - AL | 2003 - Freightliner 18ft. Flat Bed | In Use | Yes | Yes | Yes | 325251 | Leased |
| | 1FVHCYCS74HN24554 | 125T | Gurnee - IL | 2004 - Freightliner 22ft. Tandem | In Use | Yes | Yes | Yes | 325461 | Leased |
| 37 | 1FVACXDC24HN07986 | 126 | Bowling Green KY | 2004 - Freightliner M2106 33K GVW | In Use | Yes | Yes | Yes | 325347 | Leased |
| 36 | 1FVACXDC44HN07987 | 127 | Jackson - TN | 2004 - Freightliner M2106 33K GVW | In Use | Yes | Yes | Yes | 325648 | Leased |
| 35 | 1FVACXDC64HN07988 | 128 | Piqenton - TN | 2004 - Freightliner M2106 33K GVW | In Use | Yes | Yes | Yes | 325648 | Leased |
| 46 | 1FVHCYCS75HU25105 | 135T | Piqenton - TN | 2005 - Freightliner M2105 54K GVW | In Use | Yes | Yes | Yes | 251302 | Leased |
| 11216 | | 61A-P | Piqenton - TN | 2005 Princeton PB50 Blue Forklift | In Use | Yes | Yes | | | Owned |
| 2 | 1FVHCYCS19HU25309 | 137TP | Piqenton - TN | 2005 - Freight Tandem | In Use | Yes | Yes | Yes | 357185 | Owned |
| | 3056413131341 | 139P | Piqenton - TN | 2005 - Navigator RT6500 - Pigback | In Use | No | No | No | N/A | Owned |
| 5 | 1FVACXSS0SHU46542 | 139 | Valley Park. MO | 2005 - Freightliner M2106 | In Use | Yes | Yes | Yes | 357414 | Owned |
| 7 | 1FVACXSG50HU48939 | 140 | Arnold - MO | 2005 - Freightliner M2106    (CHANGE) | In Use | Yes | Yes | Yes | 958018 | Owned |
| 6 | 1FVACXCS86HU46841 | 141 | Valley Park - MO | 2005 - Freightliner M2106 | In Use | Yes | Yes | Yes | 980011 | Owned |
| 3 | 1FVACXCS35HV14455 | 142 | O'Fallon - MO | 2005 - Freightliner M2106 | In Use | Yes | Yes | Yes | 357482 | Owned |
| 22 | 1FVACXCS85HU46586 | 146 | Wrightstown - WI | 2005 - Freightliner M2106 | In Use | Yes | Yes | Yes | 1057102 | Owned |
| 21 | 1FVACXCS45HU46644 | 147 | Lansing - MI | 2005 - Freightliner M2106 | In Use | Yes | Yes | Yes | 1057103 | Owned |
| 23 | 1FVHCYCS09HV24256 | 148TP | McFarland - WI | 2005 - Freightliner M2106 | In Use | Yes | Yes | Yes | 974189 | Leased |
| | 2056413131294 | 146A-P | McFarland - WI | 2005 - Navigator Forklift RT6500 | In Use | Yes | Yes | Yes | | Leased |
| 1 | 1FVHCYCS95HV14417 | 149TP | Wyoming - MI | 2005 - Freightliner 54K | In Use | Yes | Yes | Yes | 974555 | Leased |
| | 1J8DL4A025M0047796 | 20 | Wyoming - MI | 2005 - 40DLA Flatbed Interstate trailers | In Use | Yes | Yes | Yes | 126878 | Leased |
| | Serial# 057530 | 150P | Wyoming - MI | Terex Telescopic Handler with trailer | In Use | Yes | Yes | | | Leased |
| 2 | 1FVACXCS99SHV14458 | 151 | Michigan City - IN | 2005 - Freightliner M2106 | In Use | Yes | Yes | Yes | 974656 | Leased |
| 3 | 1FVACXCS09HV14499 | 152 | Michigan City - IN | 2005 - Freightliner M2106 | In Use | Yes | Yes | Yes | 974557 | Leased |
| 4 | 1FVACXCS73HV14457 | 153 | Fremont - MI | 2005 - Freightliner M2106 | In Use | Yes | Yes | Yes | 974558 | Leased |
| 5 | 2FZACFCT05AN95986 | 154 | Wyoming - MI | 2005 - Sterling Acterra - Box | In Use | Yes | Yes | No | 351131 | Leased |
| 6 | 2FZACFCT95AN95970 | 155 | Wrightstown - WI | 2005 - Sterling Acterra - Box | In Use | Yes | Yes | No | 351135 | Leased |
| 8 | 1FVHCYCS26HW23057 | 156TP | Napaville - IL | 2005 - Freightliner 2106 | In Use | Yes | Yes | Yes | 967304 | Leased |
| | 3055311411389 | 156A-P | Napaville - IL | 2005 - Navigator Lift - RT 5000 with 12Mast | In Use | Yes | Yes | | 967306 | Leased |
| | 1FVHCYLD26HW23965 | 157TP | South Haven - MS | 2006 - Freightliner 54K | In Use | Yes | Yes | Yes | 967508 | Leased |
| | 2055131311282 | 157A-P | South Haven - MS | Navigator RT-500 with 12KMast | In Use | Yes | Yes | | | Leased |
| 12 | 2NKMHZ7X16M1390512 | 158 | Wyoming - MI | 2005 33K Kenworth - Model 1300 | In Use | Yes | Yes | Yes | 957657 | Leased |
| 10 | 2NKKHJZ7X26M1396304 | 159 | Wyoming - MI | 2008 33K Kenworth - Model 1300 | In Use | Yes | Yes | Yes | 957558 | Leased |
| 11 | 2NKKHJZ7X46M1346305 | 160 | Franklin - TN | 2005 33K Kenworth - Model 1300 | In Use | Yes | Yes | Yes | 957559 | Leased |
| | 2NPLLZ9X26M651104 | 161T | Piqenton - TN | 2006 Peterbilt 335 Tandem | In Use | Yes | Yes | Yes | 404024 | Leased |
| | 96350095 | 136P | Piqenton - TN | 1985 Princeton D-5000 | In Use | No | Yes | No | N/A | Owned |
| | IJALCAB16767009258 | 162 | Gurnee - IL | 2006 Izusu W/18" Box | In Use | Yes | Yes | No | 351132 | Leased |
| | 2NPLLZ9X06M651111 | 163T | Jackson - TN | 2006 Peterbilt Tandem | In Use | Yes | Yes | Yes | 414112 | Leased |
| | 1271893406 | 108P | Jackson - TN | 2006 Princeton PB50 Forklift | In Use | Yes | Yes | | | Leased |
| | 2NKMLZ69X197296 | 165T | Franklin - TN | 2007 Kenworth T300 | In Use | Yes | Yes | Yes | 1014239 | Leased |

M&SVEHICLELIST.xls

**M & S Xpress**
**Vehicle List**

9/10/2008

| INS# | Vin Number | Truck # | Location | Description | Disposition | Licensed | Insured | Appendo title Plates | Plate Number | Owned or Leased |
|---|---|---|---|---|---|---|---|---|---|---|
| | 130781007 | 166P | Franklin - TN | 2007 Princeton P650 | In Use | | Yes | Yes | | Leased |
| | 2N9ML26X37M197271 | 167T | Franklin - TN | 2007 Kenworth T300 | In Use | Yes | Yes | Yes | 1014237 | Leased |
| | 130771007 | 168P | Franklin - TN | 2007 Princeton P650 | In Use | | Yes | Yes | | Leased |
| | 1HTSDAAL7YH309282 | 169 | Hendersonville - TN | 2000 International Model 490 | | | | Yes | 1042852 | Owned |
| | 1NPNLD9X5YS824905 | 170T | Hendersonville - TN | 2000 Peterbilt Model 330 | | | | Yes | 1042559 | Owned |
| | 46570497 | 171P | Hendersonville - TN | 1997 Princeton Model D-5000 Blue | | | | | | Owned |
| | 1NPNLD9X0XS492167 | 172T | South Haven - MS | 1998 Peterbilt Model 330 | | | | Yes | 1042551 | Owned |
| | 83682498 | 173P | South Haven - MS | 1998 Princeton Model D30 Blue | | | | | | Owned |
| | 1HTSCAAM6XH689077 | 174 | Jackson - TN | 1999 International 4700 Box Truck | In Use | Temp | Yes | Yes | 1066545 | Owned |
| | 1HTSCAAM0XH888992 | 175 | Piperton - TN | 1999 International 4700 Box Truck | In Use | Temp | Yes | Yes | 1066546 | Owned |
| | 1HTSCAAM5XH962033 | 176 | Piperton - TN | 1999 International 4700 Box Truck | In Use | Temp | Yes | | 1066547 | Owned |
| | JL6CC41S97K008394 | 177 | Huntsville - AL | 2007 Mitsubishi Fuso Model FE 180 Box Truck | In Use | Temp | Yes | No | 2X02046 | Leased |
| 4 | 1HTSDN2N0PH485673 | 409 | Naperville - IL | 1993 - Int'l 4700 16ft. Flat Bed Box | Not Used | Yes | Yes | Yes | 262339 | Owned |

M&SVEHICLELIST.xls

**M & S Xpress**
**Vehicle List**

9/10/2008

| INS# | VIN Number | Truck # | Location | Description | Disposition | Leased | Secured | Approved Trailer Plates | Plate Number | Owned or Leased |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **TRACTOR TRUCKS** | | | | | | |
| 36 | 1M1AA18Y44N156441 | 601 | Huntsville - AL | 2004 - CH613 Mack Tractors | In Use | Yes | Yes | Yes | 310234 | Leased |
| | 130760907 | 2026P | Huntsville - AL | 2007 Princeton PB50 S/N | In Use | Yes | Yes | | 310284 | Leased |
| 6.53 | IL01B452B116S371 | 2025 | Huntsville - AL | 2008 Lufkin Trailer 45' | In Use | Yes | Yes | | 155265 | Leased |
| | 1JLF452F452H1YS729421 | 2030 | Franklin - TN | 2000 Fruehauf Trailer 45' | In Use | Yes | Yes | | 148027 | Leased |
| 27 | 1M1AA18Y64N156442 | 602 | Hendersonville - TN | 2004 - CH613 Mack Tractors | In Use | Yes | Yes | Yes | 310235 | Leased |
| | 1262/12006 | 2016P | Hendersonville - TN | 2007 Princeton PB50 Blue Forklift | In Use | Yes | Yes | | | Leased |
| | 1LJF452F1YS728418 | 2040 | Hendersonville - TN | 2000 Fruehauf Flatbed | In Use | Yes | Yes | Yes | 262425 | Leased |
| 43 | 1M1AA18Y84N156443 | 603 | Tipton - IN | 2004 - CH613 Mack Tractors | In Use | Yes | Yes | Yes | 329511 | Leased |
| 29 | 1M1AA18YX4N156444 | 604 | Tipton - IN | 2004 - CH613 Mack Tractors (In Shop)     (CHANGE) | In Use | Yes | Yes | Yes | 310236 | Leased |
| 30 | 1M1AA18Y14N156445 | 605 | McFarland - WI | 2004 - CH613 Mack Tractors | In Use | Yes | Yes | Yes | 310237 | Leased |
| | 1L01B3927611G1474 | 61 | Hendersonville - TN | 2006 36 foot Black Lufkin Trailer-Goes with Truck #605 | In Use | Yes | Yes | Yes | 128882 | Leased |
| | 1271934/06 | 108P | Jackson - TN | 2006 Princeton PB50 Forklift | In Use | Yes | Yes | | | Leased |
| 44 | 1XPFDU9X35N653426 | 606 | South Haven - MS | 2005 - Peterbilt 80K GVW | In Use | Yes | Yes | Yes | 333440 | Leased |
| | 126192006 | 2011P | South Haven - MS | 2007 Princeton Forklift | In Use | Yes | Yes | | | Leased |
| | 1L01B452671162618 | 2015 | South Haven - MS | 2007 45'Lufkin Trailer FL-11 | In Use | Yes | Yes | Yes | 135177 | Leased |
| 45 | 1XPFDU9X85N653432 | 607 | Blue Springs - MO | 2005 - Peterbilt 80K GVW | In Use | Yes | Yes | Yes | 333441 | Leased |
| | 12562/2606 | 164P | Blue Springs - MO | 2007 Princeton PB850 Blue | In Use | Yes | Yes | | | Leased |
| | 1L01B452771162519 | 2010 | Blue Springs - MO | 2007 45'Lufkin Trailer FL-11 | In Use | Yes | Yes | | 135153 | Leased |
| | 1FLY8ECBOXLA25662 | 608 | Tipton - IN | 1999 Freightliner | In Use | Yes | Yes | Yes | 1059458 | Leased |
| | | | | **LEASED TRAILERS** | | | | | | |
| 56 | 1T9GR82335W500199 | 11 | Tipton - IN | 2005 - Tri-Star GR33 30 ft. Trailer | In Use | Yes | Yes | No | 126829 | Owned |
| 6.53 | 1T9GR82685W500200 | 15 | Valley Park - MO | 2005 - Tri-Star 30ft Trailer GT-1 | In Use | Yes | Yes | | 126828 | Owned |
| 39 | 1PDGP5026B5B43503 | 1050A | Tipton - IN | 2004 Pratt Model TTR 36302 G1-50' stretch roll off | In Use | Yes | Yes | | 126660 | Leased |
| 38 | 1PDGP7022X5B43502 | 1070A | Tipton - IN | 2004 Pratt Model TTR 4970 2G1 -70' stretch roll off | In Use | Yes | Yes | | 126850 | Leased |
| 44 | 1PDCP5021485434505 | 1050S | Tipton - IN | 2004 Pratt Model TTR 35302G1-50' stretch roll off | In Use | Yes | Yes | | 126850 | Leased |
| | 1H2P0492ATW015602 | 1055 | Tipton - IN | 1995 Fruehaul-48' drop deck | In Use | Yes | Yes | | 126862 | B4 |
| | 1PDGP70245B343136 | 1070B | Tipton - IN | 2004 70' Stretch Roll-Off Dump | In Use | Yes | Yes | | 126864 | B4 |
| | 1GRAA9617XW818401 | 2020 | McFarland - WI | 1998 28' Great Dane Aluminum Box Trailer | In Use | Yes | Yes | Yes | 133178 | Owned |

NOTE - 2 TRAILERS ARE LISTED UNDER TRACTOR TRAILERS

NOTE - 1 TRAILER IS LISTED UNDER TRUCK 148TP

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **George E. Lodwich**                                              Case No.
                                          Debtor(s)              Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by
property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Bank of America** | **Describe Property Securing Debt:**<br>**Condo - 800 sq ft, 2 bedroom and 2 baths**<br>**Location: 6300 Parc Corniche, Unit 3305, Orlando, FL 32821** |

Property will be (check one):
■ Surrendered                    □ Retained

If retaining the property, I intend to (check at least one):
   □ Redeem the property
   □ Reaffirm the debt
   □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   □ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**GMAC** | **Describe Property Securing Debt:**<br>**single family home - 800 sq ft., 3 bedrooms and 2 baths**<br>**Location: 11895 E. Carol Ave., Scottsdale, AZ 85259** |

Property will be (check one):
   □ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
   □ Redeem the property
   ■ Reaffirm the debt
   □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ■ Claimed as Exempt                    □ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                        Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Park National Bank** | **Describe Property Securing Debt:**<br>**single family home - 800 sq ft., 3 bedrooms and 2 baths**<br>**Location: 11895 E. Carol Ave., Scottsdale, AZ 85259** |

Property will be (check one):
  ☐ Surrendered                          ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ■ Reaffirm the debt
  ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ■ Claimed as Exempt                          ☐ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Park National Bank** | **Describe Property Securing Debt:**<br>**single family home**<br>**Location: 12606 S. Hillcreek Drive, Palos Park IL 60464** |

Property will be (check one):
  ☐ Surrendered                          ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ■ Reaffirm the debt
  ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ■ Claimed as Exempt                          ☐ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Washington Mutual Home** | **Describe Property Securing Debt:**<br>**single family home**<br>**Location: 12606 S. Hillcreek Drive, Palos Park IL 60464** |

Property will be (check one):
  ☐ Surrendered                          ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ■ Reaffirm the debt
  ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ■ Claimed as Exempt                          ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                      Page 3

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**Washington Mutual Home** | **Describe Property Securing Debt:**<br>**A frame home, 4 bedrooms and 1 bath**<br>**Location: 66987 CR376, Bangor, MI 49013**<br>**septic system needs to be repaired and the estimate is**<br>**$9,700** |

Property will be (check one):
    ■ Surrendered            ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt          ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**GMAC** | **Describe Leased Property:**<br>**vehicle lease** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES    ■ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **December  3, 2009**          Signature  **/s/ George E. Lodwich**
                                          **George E. Lodwich**
                                          Debtor

In re:   George E. Lodwich

Case no.

Debtor(s)

## Disclosure of Compensation of Attorney for the Debtor(s)

The undersigned, pursuant to Rule 2016(b) Bankruptcy Rules, states that:

1.    The undersigned is the attorney for the debtor in this case.

2.    The compensation pay by the debtor is for legal services rendered or to be rendered in contemplation of and in connection with this case.

3.    Prior to filing this statement, debtor has paid $7,000; $3,500 of which is for work that has previously been performed by Donald M. Leibsker, Esq. consisting of:

   a.    analysis of the financial situation;
   b.    rendering advice to the debtor in determining whether to file a petition in Bankruptcy (Chapter 7 or Chapter 13);
   c.    helping the debtor gather and organize their financial history including the documents and tax returns required by the trustee;
   d.    dealing with creditor inquires prior to the filing of bankruptcy documents.

The remaining $3,500 has been paid to the undersigned for the following services:

   a.    preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   b.    representation of debtor at the meeting of creditors, confirmation hearing and any adjustments thereof.

4.    The source of the payments made by the debtor was from earnings, wages and compensation for services performed.

5.    There is a balance $3,000 and the filing fee has been paid.

   I certify that the foregoing is a complete statement of any arrangement for payment to me for representing of the debtor in this bankruptcy proceeding.

_12/2/09_
Date

_Wellen Teitelbar_
Attorney Signature

B 201A (Form 201A) (12/09)

**WARNING: Effective december 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **George E. Lodwich**                                      Case No.
                                             _____
                          Debtor(s)          Chapter      **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this attached notice, as required by § 342(b) of the Bankruptcy Code.

Printed name and title, if any, of Bankruptcy Petition Preparer
Address:

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

X  _____
Signature of Bankruptcy Petition Preparer or officer,
principal, responsible person, or partner whose
Social Security number is provided above.

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**George E. Lodwich**                            X  **/s/ George E. Lodwich**              **December  3, 2009**
Printed Name(s) of Debtor(s)                        Signature of Debtor              Date

Case No. (if known)  _____              X  _____
                                                    Signature of Joint Debtor (if any)        Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **George E. Lodwich**                                                    Case No.
                                            Debtor(s)         Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                    **118**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **December  3, 2009**                    **/s/ George E. Lodwich**
                                            **George E. Lodwich**
                                            Signature of Debtor

A-1 Diesel
248A West Main Street
Hendersonville, TN 37075


Allied Interstate
3000 Corporate Exchange Dr, 5th Fl
Columbus, OH 43231


American Express
PO Box 981535
El Paso, TX 79998-1535


Armor
1368 Lonedell Road
Arnold, MO 63010


Associated Bank
Leasing Divsion
PO Box 42
Red Wing, MN 55066


Bank of America
PO Box 533512
Atlanta, GA 30353-3512


Bank of America
PO Box 15184
Wilmington, DE 19850-5184


Bank of America Platinum Bus Card
PO Box 15184
Wilmington, DE 19850-5184


Bank of the West
c/o Law Offices of Douglas Holloway
201 Bennington Street
San Francisco, CA 94110


Bank of the West
PO Box 515487
Los Angeles, CA 90051-6787


Bank of the West-Trinity Div
PO Box 515487
Los Angeles, CA 90051

Beamers Piggy Back Sales & Service
11989 Tramway Drive
Cincinnati, OH 45241


Beamon's Truck Repair
417 South Highland Ave.
Aurora, IL 60506


Belleway Service, Inc.
PO Box 3966
South Bend, IN 46619-3966


Blaine Bros
10011 Xylite NE
Minneapolis, MN 55449


Carter Tire
51708 State Road 19 North
Elkhart, IN 46514


Cavalry Portfolio Services
PO Box 800
Purchase, NY 10577-0800


Center Capitol
PO Box 1188
Farmington, CT 06034


Center Capitol Corporation
3 Farm Glen Blvd.
Farmington, CT 06032


Chase
PO Box 15298
Wilmington, DE 19850-5298


Citi Cards
PO Box 6000
The Lakes, NV 89163-6000


Continental Bank
c/o Bradley R. Jones, P.C.
765 East 9000 South, Suite A-1
Sandy, UT 84094

Continental Bank
15 West South Temple, Ste 420
Salt Lake City, UT 84101


Continental Bank
15 W. South Temple
Salt Lake City, UT 84101


Cornerstone
122 N. Stone Road
Fremont, MI 49412


Credit America
333 City Boulevard West
Suite 1700
Orange, CA 92868


Credit Union Services
8131 LBJ Freeway, Ste 400
Dallas, TX 75251


Credit Union Services
8131 LBJ Freeway
Dallas, TX 75251


Creditors Alliance
719 W Chestnut St.
PO Box 1288
Bloomington, IL 61702


Daimler Chrysler Financial Services
Payment Processing
PO Box 3198
Milwaukee, WI 53201-3198


Daimler Credit Services
13650 Heritage Parkway
Fort Wayne, TX 76177


Davidson Truck & Auto Repair
6682 West 600 South
Russiaville, IN 46979

Days Inn
264 South 00 EW - US 31 South
Kokomo, IN 46902


Delta Materials Handlings, Inc.
PO Box 1000
Dept. #195
Memphis, TN 38148-0195


Dwight Embry's Garage, Inc.
252 New Porter Pike
Bowling Green, KY 42103


Farmington Truck Center
22098 Canton Court
Farmington, MN 55024


FCC  Equipment Financial
PO Box 56347
Jacksonville, FL 32241


FCC Equipment Finance
PO Box 56347
Jacksonville, FL 32241


Financial Federal Credit
PO Box 201392
Houston, TX 77216


Financial Fedreral Credit
PO Box 201392
Houston, TX 77216-1392


First Federal Leasing


Ford Motor Credit
3010 Highland Park
Downers Grove, IL 60515


Freemont Ford Mercury, Inc.
7148 W. 48th Street
Fremont, MI 49412

Freemont Tire Wholesalers
424 West Main
Fremont, MI 49412


Freightliner of Grand Rapids
5285 Clay Ave. SW
Wyoming, MI 49548


GC Services Limited Partnership
Collection Agency Division
6330 Gulfton
Houston, TX 77081


GE Transporation Finance
PO Box 822108
Philadelphia, PA 19182


GE Transportation Finance
PO Box 822108
Philadelphia, PA 19182


General Tire Service
355 Red River Road
PO Box 262
Gallatin, TN 37066


Genuine Parts Co. - Mt. Vernon
5959 Colections Center Drive
Chicago, IL 60693


GMAC
PO Box 79048
Phoenix, AZ 85062-9048


GMAC
PO Box 380902
Minneapolis, MN 55438


Groebe Management Services, Inc
7250 West College Dr., Ste 2SE
Palos Heights, IL 60463


H W Forklift, Inc.
7405 East 12th Street
Kansas City, MO 64126

Heikes Equipment
22008 Canton Court
Farmington, MN 55024


Hill Truck Sales
PO Box598
South Bend, IN 46619


Holiday Inn South Bulter Hill
4234 Bulter Road
Saint Louis, MO 63129


Indiana Truck Sales & Service
PO Box 51077
Indianapolis, IN 46251


IRS
PO Box 149338
Austin, TX 78714


J J Keller & Associates, Inc
PO Box 548
Neenah, WI 54957-0548


JEB & Associates, Inc.
118 N. Clinton St., Ste 100
Chicago, IL 60661


Jerry's Towing & Recovery, Inc.
PO Box 318
Newaygo, MI 49337


Kansas City Freightliner Sales, Inc
PO Box 418050
Kansas City, MO 64141


Kelly's Auto Parts
500 Gravois Road
Fenton, MO 63026


Kenneth Else
777 E. Missouri Ave., Ste 1
Phoenix, AZ 85014

Key Equipment
Payment Processing
PO Box 203901
Houston, TX 77216-3901

Key Equipment
Payment Processing
PO Box 74713
Cleveland, OH 44194-0796

Key Equipment Finance
PO Box 74713
Cleveland, OH 44194

Levin Roers PA
7400 Lyndale Ave South, Ste 180
Minneapolis, MN 55423-4055

Lyons Financial Services, Inc.
c/o Askounis & Darcy, PC
401 N. Michigan Ave., Suite 550
Chicago, IL 60611

Manifest Funding Services
PO Box 790448
Saint Louis, MO 63179-0448

Manifest Funding Services
PO Box 201392
Houston, TX 77216-1392

Mid America Leasing
PO Box 5000
Sioux Falls, SD 57117

Mid American Leasing Co.
225 South Main Ave.
PO Box 5000
Sioux Falls, SD 57117

Mike Raisor Ford
PO Box 5028
Lafayette, IN 47903

Mobile Wrench, Inc.
3310 - 12th Street
Wayland, MI 49348


Moody's Tire & Auto Service
1600 Columbus Ave.
Franklin, TN 37064


Napa Auto Parts - Fremont
225 West Main
Fremont, MI 49412


Nationwide Recovery Systems
2304 Tarpley, Ste 134
Carrollton, TX 75006


NCO
507 Prudential Road
Horsham, PA 19044


Neely Coble Co.
318 Fesselers Lane
Nashville, TN 37210


Neil's Truck & Equipment
PO Box 299
Kingston, IL 60145


Nextel - Sprint
PO Box 4191
Carol Stream, IL 60197-4191


North 9th Street Napa
2219 North 9th Street
Lafayette, IN 47904


O'Reilly Automotive, Inc.
PO Box 790098
Saint Louis, MO 63179-0098


Paccar Financial
PO Box 642945
Pittsburgh, PA 15264-2945

Paccar Financial
PO Box 642945
Pittsburgh, PA 15264


Park National Bank
PO Box 4000
Oak Park, IL 60303


Pomps Tire Service, Inc.
PO Box 1630
Green Bay, WI 54305-1630


Prairie Archway Int'l
1400 East Terra Lane
O Fallon, MO 63366


Pramco IV, LLC
c/o Drive Grach Quade & Masini LLP
111 N. County Street
Waukegan, IL 60085


Pramco IV, LLC
PO Box 86
Minneapolis, MN 55486


Q.I. Exchange/Ford Motor Credit
8965 S. Exchange Ave., Ste 300
Las Vegas, NV 89123


Quality Truck Care Center, Inc.
PO Box 3337
Oshkosh, WI 54903-3337


Southgate Capital
4440 S. 108th Street
Milwaukee, WI 53228


Southgate Capital, LLC
c/o Teller Levit & Silvertrust, P.C
11 East Adams Street, Suite 800
Chicago, IL 60603


Southgate Capital, LLC
PO Box 270557
Milwaukee, WI 53227

Spectrum Health Occupational Svs
PO Box 2048
Grand Rapids, MI 49501


State Farm Financial
PO Box 23025
Columbus, GA 31902


Steve's Mobile Maintenance
617 Armourdale Pkwy
Kansas City, KS 66105


T & B Truck Repair
2523 Stateline Road West
Southaven, MS 38671


T & E Tire Service
4980 Stilwell
PO Box 33442
Kansas City, MO 64120-3442


Team Financial Group
3391 Three Mile Road NW
Grand Rapids, MI 49544


Team Financial Group
3391 Three Mile Road NW
Grand Rapids, MI 49534


Tipton Co. Tire & Auto Service
1015 Berryman Pike
Tipton, IN 46072


Total Truck Parts
4525 Poplar Level Road
Louisville, KY 40213


Trans Chicago Truck Group
4000 N. Mannheim
Franklin Park, IL 60131


Transworld Systems
1375 E. Woodfield Road, #110
Schaumburg, IL 60173

Travel Centers of America
PO Box 641906
Cincinnati, OH 45264-1906


Tri Star Tire
824 Marshall Road
St. Louis, MO 63088


Truck Country
PO Box 689707
Milwaukee, WI 53268-9707


United Recovery Systems
5800 North Course Drive
Houston, TX 77072


Univest Capital
3325 Street Road
Bensalem, PA 19020


Univest Capital, Inc.
9322 Reliable Parkway
Chicago, IL 60686


Washington Mutual Home
PO Box 9001123
Louisville, KY 40290-1123


Williamson County Adjustment Bureau
612 W. Main St.
Franklin, TN 37064


Working Well
35332 Eagleway
Chicago, IL 60678-1353


Wright Express - Fleet Service
PO Box 6293
Carol Stream, IL 60197-6293