# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re:                              §
                                    §
                                    §
LODWICH, GEORGE E                   §     Case No. 09-45804
                                    §
            Debtor(s)               §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on      . The undersigned trustee was appointed on          .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]         $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_, for total expenses of $\_\_\_\_.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/Phillip D. Levey_____
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (10/1/2010) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 09-45804 | JPC | Judge: JACQUELINE P. COX | | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | LODWICH, GEORGE E | | | | Date Filed (f) or Converted (c): | 12/03/09 (f) |
| | | | | | 341(a) Meeting Date: | 01/08/10 |
| For Period Ending: | 11/28/10 | | | | Claims Bar Date: | 05/20/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 6300 Parc Corniche, Unit 3305, Orlando, FL | 100,000.00 | 9,189.00 | DA | 0.00 | FA |
| 2. 11895 E. Carol Ave., Scottsdale, AZ | 225,000.00 | 0.00 | OA | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 3. 12606 S. Hillcreek Drive, Palos Park, IL | 650,000.00 | 0.00 | OA | 0.00 | FA |
| 4. 66987 CR376, Bangor, MI | 140,000.00 | 39,665.00 | | 130,000.00 | FA |
| 5. VACANT LOT LOCATION: LOT 31, UNIT 1, PUEBLO, CO | 5,000.00 | 5,000.00 | DA | 0.00 | FA |
| 6. CHECKING ACCOUNT PRIVATE BANK | 3,200.00 | 0.00 | DA | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 7. CHECKING ACCOUNT BANK OF AMERICA | 28.00 | 0.00 | DA | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 8. CHECKING ACCOUNT INOVA CREDIT UNION, MISHAWAKA, IN | 240.00 | 0.00 | DA | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 9. HOUSEHOLD GOODS AND FURNISHINGS - 4 BEDROOM SETS, | 2,000.00 | 768.00 | DA | 232.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 10. NECESSARY WEARING APPAREL | 300.00 | 0.00 | DA | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 11. 2 BRACELETS AND 1 WATCH | 300.00 | 300.00 | DA | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 12. PRUDENTIAL LIFE INSURANCE, #R4 110 962, BENEFICIAR | 16,025.00 | 0.00 | DA | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 13. NATIONAL LIFE, #1652238, BENEFICIARY KATHY LODWICH | 5,285.00 | 0.00 | DA | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 14. IRA | 23,000.00 | 0.00 | DA | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 15. GKM & ASSOCIATES, INC., 1000 SHARES @ $1.00 PER SH | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 16. SAFEGUARD, INC. - HOLDING COMPANY GEORGE LODWICH O | 0.00 | 0.00 | DA | 0.00 | FA |

Case 09-45804 Doc 47 Filed 11/28/10 Entered 11/28/10 14:45:02 Desc Main
Document Page 4 of 12

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

Case No:  09-45804     JPC    Judge: JACQUELINE P. COX                           Trustee Name:                    Phillip D. Levey
Case Name:  LODWICH, GEORGE E                                                    Date Filed (f) or Converted (c): 12/03/09 (f)
                                                                                 341(a) Meeting Date:             01/08/10
                                                                                 Claims Bar Date:                 05/20/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 17. MAGGART & SONS - GEORGE LODWICH OWNS 100 % | 0.00 | 0.00 | DA | 0.00 | FA |
| 18. PRAIRIE ESTATES PARTNERSHIP, LLC OWNS 3 LOTS IN WI | 60,000.00 | 20,000.00 | DA | 0.00 | FA |
| 19. 2008 FEDERAL TAX REFUND; DEBTOR EXPECTS THE IRS TO | 8,886.00 | 0.00 | DA | 0.00 | FA |
| 20. 1998 GMC VAN, 135,000 MILES; OWNED BY DEBTOR AND M  Debtor Claimed Exemption | 1,990.00 | 0.00 | DA | 0.00 | FA |
| 21. BURIAL PLOT AT RESURRECTION CEMETERY | 1,200.00 | 1,200.00 | DA | 0.00 | FA |
| 22. Post-Petition Interest Deposits (u) | Unknown | N/A |  | 1.59 | Unknown |

                                                                                                                    Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)                  $1,243,454.00            $76,122.00                $130,233.59                  $0.00
                                                                                                       (Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):   / /         Current Projected Date of Final Report (TFR):   / /

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 09-45804 -JPC | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | LODWICH, GEORGE E | Bank Name: | BANK OF AMERICA |
|  |  | Account Number / CD #: | *******3690 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6695 |  |  |
| For Period Ending: | 11/05/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 06/29/10 | 4 | Greater Illinois Title COmpany | Sale of Real Estate |  | 15,870.61 |  | 15,870.61 |
|  | 4 | GREATER ILLINOIS TITLE COMPANY | Memo Amount:   130,000.00 | 1110-000 |  |  |  |
|  |  |  | Sale of Real Estate |  |  |  |  |
|  |  | JPMORGAN CHASE | Memo Amount:  ( 95,815.33 ) | 4110-000 |  |  |  |
|  |  |  | Mortgage Pay-Off |  |  |  |  |
|  |  | VAN BUREN COUNTY, MICHIGAN | Memo Amount:  ( 1,261.00 ) | 2820-000 |  |  |  |
|  |  |  | Government Recording Charges |  |  |  |  |
|  |  | LOVERO, ROBERT | Memo Amount:  ( 475.00 ) | 8500-002 |  |  |  |
|  |  |  | Co-Owner Attorney Fees |  |  |  |  |
|  |  | LODWICH, KATHY | Memo Amount:  ( 14,134.61 ) | 8500-002 |  |  |  |
|  |  |  | Co-Owner's Share of Proceeds |  |  |  |  |
|  |  | GREATER ILLINOIS TITLE | Memo Amount:  ( 50.00 ) | 2500-000 |  |  |  |
|  |  |  | Delivery Fee |  |  |  |  |
|  |  | GERALD & JENNIFER LODWICH | Memo Amount:  ( 1,582.63 ) | 2820-000 |  |  |  |
|  |  |  | Tax Proration - 2010 |  |  |  |  |
|  |  | GREATER ILLINOIS TITLE COMPANY | Memo Amount:  ( 810.82 ) | 2500-000 |  |  |  |
|  |  |  | Title Charges |  |  |  |  |
| 07/30/10 | 22 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.39 |  | 15,871.00 |
| 08/31/10 | 22 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.41 |  | 15,871.41 |
| 09/30/10 | 22 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.39 |  | 15,871.80 |
| 10/29/10 | 22 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.40 |  | 15,872.20 |

Page Subtotals    15,872.20    0.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 09-45804 -JPC | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | LODWICH, GEORGE E | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******3690  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6695 | | | |
| For Period Ending: | 11/05/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 130,000.00 | COLUMN TOTALS | 15,872.20 | 0.00 | 15,872.20 |
| Memo Allocation Disbursements: | 114,129.39 | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 15,872.20 | 0.00 | |
| Memo Allocation Net: | 15,870.61 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 15,872.20 | 0.00 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 130,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 114,129.39 | Money Market Account (Interest Earn - *******3690 | 15,872.20 | 0.00 | 15,872.20 |
| | | | ---------------------- | ---------------------- | ---------------------- |
| Total Memo Allocation Net: | 15,870.61 | | 15,872.20 | 0.00 | 15,872.20 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

LFORM24

UST Form 101-7-TFR (10/1/2010) *(Page: 6)*

Ver: 16.00a

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-45804
Case Name: LODWICH, GEORGE E
Trustee Name: Phillip D. Levey

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ | $ | $ |
| Trustee Expenses: Phillip D. Levey | $ | $ | $ |
| Attorney for Trustee Fees: PHILLIP D. LEVEY | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ _____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000020B | IRS<br>PO Box 149338<br>Austin, TX 78714 | $ | $ | $ |

Total to be paid to priority creditors     $_____

Remaining Balance     $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be \_\_\_\_ percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Financial Federal Credit Inc.<br>1300 Post Oak Blvd., Suite 1300<br>Houston, TX 77056 | $ | $ | $ |
| 000002 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | $ | $ | $ |
| 000003 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | $ | $ | $ |
| 000005 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | $ | $ | $ |
| 000006 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ | $ | $ |
| 000007 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ | $ | $ |
| 000012 | State Farm Bank<br>POB 3001<br>Malvern, PA 19355-0701 | $ | $ | $ |
| 000013 | Center Capital Corporation<br>c/o Dennis A. Dressler<br>Dressler & Peters LLC<br>111 W. Washington, Ste. 1900<br>Chicago, IL 60602 | $ | $ | $ |
| 000014 | Davidson Truck & Auto Repair<br>6682 West 600 South<br>Russiaville, IN 46979 | $ | $ | $ |
| 000015 | Groebe Management Services, Inc<br>7250 West College Dr., Ste 2SE<br>Palos Heights, IL 60463 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000016 | Mobile Wrench, Inc.<br>3310 - 12th Street<br>Wayland, MI 49348 | $ | $ | $ |
| 000017 | Pramco IV, LLC 64230016<br>230 CrossKeys Office Park<br>Fairport, NY 14450 | $ | $ | $ |
| 000018 | American Express Bank, FSB<br>POB 3001<br>Malvern, PA 19355-0701 | $ | $ | $ |
| 000019 | American Express Centurion Bank<br>POB 3001<br>Malvern, PA 19355-0701 | $ | $ | $ |
| 000021A | Park National Bank<br>Edmond M Burke Esq<br>Chuhak & Tecson PC<br>30 South Wacker Dr Ste 2600<br>Chicago IL 60606 | $ | $ | $ |
| 000022 | Continental Bank<br>c/o Bradley R. Jones, P.C.<br>765 East 9000 South, Suite A-1<br>Sandy, UT 84094 | $ | $ | $ |
| 000023 | US Bancorp Manifest Funding Services<br>Attn: Bankruptcy Department<br>1450 Channel Parkway<br>Marshall MN 56258 | $ | $ | $ |
| 000025 | Paccar Financial Corp<br>PO Box 1518<br>Bellevue WA 98009 | $ | $ | $ |

UST Form 101-7-TFR (10/1/2010) *(Page: 10)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000026 | Caterpillar Financial Services Corp d/b/a FCC Equipment Financing 12740 Gran Bay Parkway West Suite 2100 Jacksonville, FL 32258 | $ | $ | $ |
| 000027 | Tri Star Tire Sales Inc 824 Marshall Road Valley Park MO 63088 | $ | $ | $ |
| 000028 | JEB & Associates, Inc. 118 N. Clinton St., Ste 100 Chicago, IL 60661 | $ | $ | $ |
| 000029 | Credit Union of Texas P.O. Box 515718 Dallas, TX 75251-5718 | $ | $ | $ |
| 000030 | Key Equipment Finance, Inc. 1000 S. McCaslin Blvd. Superior, Co 80027 | $ | $ | $ |

Total to be paid to timely general unsecured creditors       $_____

Remaining Balance                                           $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $           have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000020A | IRS<br>PO Box 149338<br>Austin, TX 78714 | $ | $ | $ |

    Total to be paid to subordinated unsecured creditors    $_____

    Remaining Balance    $_____