UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                        §
                                              §
LODWICH, GEORGE E                             §     Case No. 09-45804
                                              §
                                              §
         Debtor(s)                            §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

                Kenneth Gardner
                U.S. Bankruptcy Court Clerk
                219 South Dearborn Street- 7th Floor
                Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 12/23/2010 in Courtroom 619,
                United States Courthouse
                219 South Dearborn Street
                Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Kenneth S. Gardner_____
                                                          Clerk, U.S. Bankruptcy Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                           §
                                 §
                                 §
LODWICH, GEORGE E                §        Case No. 09-45804
                                 §
                                 §
         Debtor(s)               §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

The Final Report shows receipts of                          $

and approved disbursements of                               $

leaving a balance on hand of[1]                             $


Claims of secured creditors will be paid as follows:

NONE


Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ | $ | $ |
| Trustee Expenses: Phillip D. Levey | $ | $ | $ |
| Attorney for Trustee Fees: PHILLIP D. LEVEY | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses         $_____

Remaining Balance                                              $_____


Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $          must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000020B | IRS<br>PO Box 149338<br>Austin, TX 78714 | $ | $ | $ |

Total to be paid to priority creditors                               $_____

Remaining Balance                                                    $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Financial Federal Credit Inc.<br>1300 Post Oak Blvd., Suite 1300<br>Houston, TX 77056 | $ | $ | $ |
| 000002 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | $ | $ | $ |
| 000004 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | $ | $ | $ |
| 000005 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | $ | $ | $ |
| 000006 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ | $ | $ |
| 000007 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ | $ | $ |
| 000012 | State Farm Bank<br>POB 3001<br>Malvern, PA 19355-0701 | $ | $ | $ |
| 000013 | Center Capital Corporation<br>c/o Dennis A. Dressler<br>Dressler & Peters LLC<br>111 W. Washington, Ste. 1900<br>Chicago, IL 60602 | $ | $ | $ |
| 000014 | Davidson Truck & Auto Repair<br>6682 West 600 South<br>Russiaville, IN 46979 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000015 | Groebe Management Services, Inc<br>7250 West College Dr., Ste 2SE<br>Palos Heights, IL 60463 | $ | $ | $ |
| 000016 | Mobile Wrench, Inc.<br>3310 - 12th Street<br>Wayland, MI 49348 | $ | $ | $ |
| 000017 | Pramco IV, LLC 64230016<br>230 CrossKeys Office Park<br>Fairport, NY 14450 | $ | $ | $ |
| 000018 | American Express Bank, FSB<br>POB 3001<br>Malvern, PA 19355-0701 | $ | $ | $ |
| 000019 | American Express Centurion Bank<br>POB 3001<br>Malvern, PA 19355-0701 | $ | $ | $ |
| 000021A | Park National Bank<br>Edmond M Burke Esq<br>Chuhak & Tecson PC<br>30 South Wacker Dr Ste 2600<br>Chicago IL 60606 | $ | $ | $ |
| 000022 | Continental Bank<br>c/o Bradley R. Jones, P.C.<br>765 East 9000 South, Suite A-1<br>Sandy, UT 84094 | $ | $ | $ |
| 000023 | US Bancorp Manifest Funding Services<br>Attn: Bankruptcy Department<br>1450 Channel Parkway<br>Marshall MN 56258 | $ | $ | $ |
| 000025 | Paccar Financial Corp<br>PO Box 1518<br>Bellevue WA 98009 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000026 | Caterpillar Financial Services Corp d/b/a FCC Equipment Financing 12740 Gran Bay Parkway West Suite 2100 Jacksonville, FL 32258 | $ | $ | $ |
| 000027 | Tri Star Tire Sales Inc 824 Marshall Road Valley Park MO 63088 | $ | $ | $ |
| 000028 | JEB & Associates, Inc. 118 N. Clinton St., Ste 100 Chicago, IL 60661 | $ | $ | $ |
| 000029 | Credit Union of Texas P.O. Box 515718 Dallas, TX 75251-5718 | $ | $ | $ |
| 000030 | Key Equipment Finance, Inc. 1000 S. McCaslin Blvd. Superior, Co 80027 | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000020A | IRS<br>PO Box 149338<br>Austin, TX 78714 | $ | $ | $ |

       Total to be paid to subordinated unsecured creditors       $_____

       Remaining Balance       $_____

       Prepared By: /s/Phillip D. Levey_____
                           Trustee's Counsel

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.