UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: § §
LODWICH, GEORGE E § Case No. 09-45804
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        Kenneth Gardner
        U.S. Bankruptcy Court Clerk
        219 South Dearborn Street- 7th Floor
        Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 12/23/2010 in Courtroom 619,

        United States Courthouse
        219 South Dearborn Street
        Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____  By: Kenneth S. Gardner_____
                                                          Clerk, U.S. Bankruptcy Court


*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
LODWICH, GEORGE E § Case No. 09-45804
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 130,001.59 |
| and approved disbursements of | $ | 114,129.39 |
| leaving a balance on hand of[1] | $ | 15,872.20 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ 4,550.06 | $ 0.00 | $ 4,550.06 |
| Trustee Expenses: Phillip D. Levey | $ 111.69 | $ 0.00 | $ 111.69 |
| Attorney for Trustee Fees: PHILLIP D. LEVEY | $ 6,313.72 | $ 0.00 | $ 6,313.72 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 10,975.47 |
| Remaining Balance | $ 4,896.73 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 53,209.62 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000020B | IRS<br>PO Box 149338<br>Austin, TX 78714 | $ 53,209.62 | $ 0.00 | $ 4,896.73 |
| | Total to be paid to priority creditors | | $ | 4,896.73 |
| | Remaining Balance | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,113,194.52 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Financial Federal Credit Inc.<br>1300 Post Oak Blvd., Suite 1300<br>Houston, TX 77056 | $ 29,626.33 | $ 0.00 | $ 0.00 |
| 000002 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | $ 37,337.80 | $ 0.00 | $ 0.00 |

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | $ 2,032.51 | $ 0.00 | $ 0.00 |
| 000004 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | $ 64.44 | $ 0.00 | $ 0.00 |
| 000005 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | $ 445.23 | $ 0.00 | $ 0.00 |
| 000006 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 16,910.29 | $ 0.00 | $ 0.00 |
| 000007 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 22,915.51 | $ 0.00 | $ 0.00 |
| 000012 | State Farm Bank<br>POB 3001<br>Malvern, PA 19355-0701 | $ 12,434.11 | $ 0.00 | $ 0.00 |
| 000013 | Center Capital Corporation<br>c/o Dennis A. Dressler<br>Dressler & Peters LLC<br>111 W. Washington, Ste. 1900<br>Chicago, IL 60602 | $ 194,622.54 | $ 0.00 | $ 0.00 |
| 000014 | Davidson Truck & Auto Repair<br>6682 West 600 South<br>Russiaville, IN 46979 | $ 2,645.87 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000015 | Groebe Management Services, Inc<br>7250 West College Dr., Ste 2SE<br>Palos Heights, IL 60463 | $ 19,378.23 | $ 0.00 | $ 0.00 |
| 000016 | Mobile Wrench, Inc.<br>3310 - 12th Street<br>Wayland, MI 49348 | $ 1,676.41 | $ 0.00 | $ 0.00 |
| 000017 | Pramco IV, LLC 64230016<br>230 CrossKeys Office Park<br>Fairport, NY 14450 | $ 56,431.36 | $ 0.00 | $ 0.00 |
| 000018 | American Express Bank, FSB<br>POB 3001<br>Malvern, PA 19355-0701 | $ 16,881.50 | $ 0.00 | $ 0.00 |
| 000019 | American Express Centurion Bank<br>POB 3001<br>Malvern, PA 19355-0701 | $ 2,596.15 | $ 0.00 | $ 0.00 |
| 000021A | Park National Bank<br>Edmond M Burke Esq<br>Chuhak & Tecson PC<br>30 South Wacker Dr Ste 2600<br>Chicago IL 60606 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000022 | Continental Bank<br>c/o Bradley R. Jones, P.C.<br>765 East 9000 South, Suite A-1<br>Sandy, UT 84094 | $ 172,616.29 | $ 0.00 | $ 0.00 |
| 000023 | US Bancorp Manifest Funding Services<br>Attn: Bankruptcy Department<br>1450 Channel Parkway<br>Marshall MN 56258 | $ 168,115.02 | $ 0.00 | $ 0.00 |
| 000025 | Paccar Financial Corp<br>PO Box 1518<br>Bellevue WA 98009 | $ 25,220.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000026 | Caterpillar Financial Services Corp d/b/a FCC Equipment Financing 12740 Gran Bay Parkway West Suite 2100 Jacksonville, FL 32258 | $ 71,966.65 | $ 0.00 | $ 0.00 |
| 000027 | Tri Star Tire Sales Inc 824 Marshall Road Valley Park MO 63088 | $ 277.83 | $ 0.00 | $ 0.00 |
| 000028 | JEB & Associates, Inc. 118 N. Clinton St., Ste 100 Chicago, IL 60661 | $ 12,545.00 | $ 0.00 | $ 0.00 |
| 000029 | Credit Union of Texas P.O. Box 515718 Dallas, TX 75251-5718 | $ 109,324.31 | $ 0.00 | $ 0.00 |
| 000030 | Key Equipment Finance, Inc. 1000 S. McCaslin Blvd. Superior, Co 80027 | $ 137,131.14 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors    $ 0.00

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 4,953.94 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000020A | IRS<br>PO Box 149338<br>Austin, TX 78714 | $ 4,953.94 | $ 0.00 | $ 0.00 |

Total to be paid to subordinated unsecured creditors    $_____0.00

Remaining Balance    $_____0.00


Prepared By: /s/Phillip D. Levey_____
Trustee's Counsel

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: pseamann              Page 1 of 3                   Date Rcvd: Nov 29, 2010
Case: 09-45804                 Form ID: pdf006             Total Noticed: 129

The following entities were noticed by first class mail on Dec 01, 2010.
db            +George E Lodwich,    12606 S. Hillcreek Drive,    Palos Park, IL 60464-1779
aty           +William R Teitelbaum,    253 Acorn Drive,    Streamwood, IL 60107-2211
tr            +Phillip D Levey, ESQ,    2722 North Racine Avenue,    Chicago, IL 60614-1206
14802827      +A-1 Diesel,    248A West Main Street,    Hendersonville, TN 37075-3318
14802828      +Allied Interstate,    3000 Corporate Exchange Dr, 5th Fl,    Columbus, OH 43231-7723
14802829       American Express,    PO Box 981535,    El Paso, TX 79998-1535
15239329       American Express Bank, FSB,    POB 3001,    Malvern, PA 19355-0701
15239330       American Express Centurion Bank,    POB 3001,    Malvern, PA 19355-0701
14802830      +Armor,    1368 Lonedell Road,    Arnold, MO 63010-1017
14802831      +Associated Bank,    Leasing Divsion,    PO Box 42,    Red Wing, MN 55066-0042
14802832       Bank of America,    PO Box 533512,    Atlanta, GA 30353-3512
14802833       Bank of America,    PO Box 15184,    Wilmington, DE 19850-5184
14802834       Bank of America Platinum Bus Card,    PO Box 15184,    Wilmington, DE 19850-5184
14802836       Bank of the West,    PO Box 515487,    Los Angeles, CA 90051-6787
14802835      +Bank of the West,    c/o Law Offices of Douglas Holloway,    201 Bennington Street,
                San Francisco, CA 94110-5513
14802837      +Bank of the West-Trinity Div,    PO Box 515487,    Los Angeles, CA 90051-6787
14802838      +Beamers Piggy Back Sales & Service,    11989 Tramway Drive,    Cincinnati, OH 45241-1667
14802839      +Beamon's Truck Repair,    417 South Highland Ave.,    Aurora, IL 60506-5589
14802840      +Belleway Service, Inc.,    PO Box 3966,    South Bend, IN 46619-0966
15563705     ++CREDIT UNION OF TEXAS,    P O BOX 515718,    DALLAS TX 75251-5718
              (address filed with court: Credit Union of Texas,    P.O. Box 515718,    Dallas, TX 75251-5718)
14802842      +Carter Tire,    51708 State Road 19 North,    Elkhart, IN 46514-5818
14802863      +Caterpillar Financial Services,    Corp d/b/a FCC Equipment Financing,
                12740 Gran Bay Parkway West,    Suite 2100,    Jacksonville, FL 32258-5488
14802843       Cavalry Portfolio Services,    PO Box 800,    Purchase, NY 10577-0800
15190229      +Center Capital Corporation,    c/o Dennis A. Dressler,    Dressler & Peters LLC,
                111 W. Washington, Ste. 1900,    Chicago, IL 60602-2713
14802844      +Center Capitol,    PO Box 1188,    Farmington, CT 06034-1188
14802845      +Center Capitol Corporation,    3 Farm Glen Blvd.,    Farmington, CT 06032-1981
14802846       Chase,    PO Box 15298,    Wilmington, DE 19850-5298
15180352       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14802847       Citi Cards,    PO Box 6000,    The Lakes, NV 89163-6000
14802848      +Continental Bank,    c/o Bradley R. Jones, P.C.,    765 East 9000 South, Suite A-1,
                Sandy, UT 84094-3083
14802851      +Cornerstone,    122 N. Stone Road,    Fremont, MI 49412-1043
14802852      +Credit America,    333 City Boulevard West,    Suite 1700,    Orange, CA 92868-5905
14802853      +Credit Union Services,    8131 LBJ Freeway, Ste 400,    Dallas, TX 75251-4601
14802854      +Credit Union Services,    8131 LBJ Freeway,    Dallas, TX 75251-1311
14802856       Daimler Chrysler Financial Services,    Payment Processing,    PO Box 3198,
                Milwaukee, WI 53201-3198
14802857      +Daimler Credit Services,    13650 Heritage Parkway,    Fort Wayne, TX 76177-5323
14802858       Davidson Truck & Auto Repair,    6682 West 600 South,    Russiaville, IN 46979
14802859       Days Inn,    264 South 00 EW - US 31 South,    Kokomo, IN 46902
14802860       Delta Materials Handlings, Inc.,    PO Box 1000,    Dept. #195,    Memphis, TN 38148-0195
14802861      +Dwight Embry's Garage, Inc.,    252 New Porter Pike,    Bowling Green, KY 42103-9158
14802864      +FCC Equipment Finance,    PO Box 56347,    Jacksonville, FL 32241-6347
14802862      +Farmington Truck Center,    22098 Canton Court,    Farmington, MN 55024-8505
14802865      +Financial Federal Credit,    PO Box 201392,    Houston, TX 77216-1392
14900266      +Financial Federal Credit Inc.,    1300 Post Oak Blvd., Suite 1300,    Houston, TX 77056-3018
14802866       Financial Fedreral Credit,    PO Box 201392,    Houston, TX 77216-1392
14802868      +Ford Motor Credit,    3010 Highland Park,    Downers Grove, IL 60515-5545
14802869      +Freemont Ford Mercury, Inc.,    7148 W. 48th Street,    Fremont, MI 49412-9189
14802870      +Freemont Tire Wholesalers,    424 West Main,    Fremont, MI 49412-1409
14802871      +Freightliner of Grand Rapids,    5285 Clay Ave. SW,    Wyoming, MI 49548-5685
14802872      +GC Services Limited Partnership,    Collection Agency Division,    6330 Gulfton,
                Houston, TX 77081-1108
14802873      +GE Transporation Finance,    PO Box 822108,    Philadelphia, PA 19182-2108
14802874      +GE Transportation Finance,    PO Box 822108,    Philadelphia, PA 19182-2108
14802878      +GMAC,    PO Box 380902,    Minneapolis, MN 55438-0902
14802877       GMAC,    PO Box 79048,    Phoenix, AZ 85062-9048
14802875      +General Tire Service,    355 Red River Road,    PO Box 262,    Gallatin, TN 37066-0262
14802876      +Genuine Parts Co. - Mt. Vernon,    5959 Colections Center Drive,    Chicago, IL 60693-0001
14802879      +Groebe Management Services, Inc,    7250 West College Dr., Ste 2SE,    Palos Heights, IL 60463-1496
14802880      +H W Forklift, Inc.,    7405 East 12th Street,    Kansas City, MO 64126-2314
14802881      +Heikes Equipment,    22008 Canton Court,    Farmington, MN 55024-8505
14802882      +Hill Truck Sales,    PO Box598,    South Bend, IN 46624-0598
14802883       Holiday Inn South Bulter Hill,    4234 Bulter Road,    Saint Louis, MO 63129
14802885     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                PHILADELPHIA PA 19114-0326
              (address filed with court: IRS,    PO Box 149338,    Austin, TX 78714)
14802884      +Indiana Truck Sales & Service,    PO Box 51077,    Indianapolis, IN 46251-0077
14802887      +JEB & Associates, Inc.,    118 N. Clinton St., Ste 100,    Chicago, IL 60661-2391
14802888      +Jerry's Towing & Recovery, Inc.,    PO Box 318,    Newaygo, MI 49337-0318
14802889      +Kansas City Freightliner Sales, Inc,    PO Box 418050,    Kansas City, MO 64141-9050
14802890      +Kelly's Auto Parts,    500 Gravois Road,    Fenton, MO 63026-4135
14802891      +Kenneth Else,    777 E. Missouri Ave., Ste 1,    Phoenix, AZ 85014-2830
14802895      +Levin Roers PA,    7400 Lyndale Ave South, Ste 180,    Minneapolis, MN 55423-4142
14802896      +Lyons Financial Services, Inc.,    c/o Askounis & Darcy, PC,    401 N. Michigan Ave., Suite 550,
                Chicago, IL 60611-5523
14802897       Manifest Funding Services,    PO Box 790448,    Saint Louis, MO 63179-0448
14802898       Manifest Funding Services,    PO Box 201392,    Houston, TX 77216-1392
14802899      +Mid America Leasing,    PO Box 5000,    Sioux Falls, SD 57117-5000
```

```
District/off: 0752-1          User: pseamann              Page 2 of 3                   Date Rcvd: Nov 29, 2010
Case: 09-45804                Form ID: pdf006            Total Noticed: 129

14802900     +Mid American Leasing Co.,   225 South Main Ave.,    PO Box 5000,    Sioux Falls, SD 57117-5000
14802901     +Mike Raisor Ford,   PO Box 5028,    Lafayette, IN 47903-5028
14802902     +Mobile Wrench, Inc.,   3310 - 12th Street,    Wayland, MI 49348-9545
14802903     +Moody's Tire & Auto Service,   1600 Columbus Ave.,    Franklin, TN 37064-3813
14802906     +NCO,   507 Prudential Road,   Horsham, PA 19044-2368
14802904     +Napa Auto Parts - Fremont,   225 West Main,    Fremont, MI 49412-1139
14802905     +Nationwide Recovery Systems,   2304 Tarpley, Ste 134,    Carrollton, TX 75006-2470
14802907     +Neely Coble Co.,   318 Fesselers Lane,    Nashville, TN 37210-2906
14802908     +Neil's Truck & Equipment,   PO Box 299,    Kingston, IL 60145-0299
14802909      Nextel - Sprint,   PO Box 4191,    Carol Stream, IL 60197-4191
14802910     +North 9th Street Napa,   2219 North 9th Street,    Lafayette, IN 47904-1039
14802911      O'Reilly Automotive, Inc.,   PO Box 790098,    Saint Louis, MO 63179-0098
14802912    ++PACCAR FINANCIAL CORP,   P O BOX 1518,    BELLEVUE WA 98009-1518
              (address filed with court:   Paccar Financial Corp,    PO Box 1518,    Bellevue WA 98009)
15150496     +PYOD LLC its successors and assigns as assignee of,    Citibank,   c/o Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
14802913     +Paccar Financial,   PO Box 642945,    Pittsburgh, PA 15264-2945
14802914     +Park National Bank,   Edmond M Burke Esq,    Chuhak & Tecson PC,    30 South Wacker Dr Ste 2600,
               Chicago IL 60606-7512
14802916     +Prairie Archway Int'l,   1400 East Terra Lane,    O Fallon, MO 63366-4475
14802917     +Pramco IV, LLC,   c/o Drive Grach Quade & Masini LLP,    111 N. County Street,
               Waukegan, IL 60085-4325
14802918     +Pramco IV, LLC 64230016,   230 CrossKeys Office Park,    Fairport, NY 14450-3510
14802919     +Q.I. Exchange/Ford Motor Credit,   8965 S. Exchange Ave., Ste 300,    Las Vegas, NV 89123
14802920      Quality Truck Care Center, Inc.,   PO Box 3337,    Oshkosh, WI 54903-3337
14802921     +Southgate Capital,   4440 S. 108th Street,    Milwaukee, WI 53228-2505
14802922     +Southgate Capital, LLC,   c/o Teller Levit & Silvertrust, P.C.,    11 East Adams Street, Suite 800,
               Chicago, IL 60603-6324
14802923     +Southgate Capital, LLC,   PO Box 270557,    Milwaukee, WI 53227-7212
14802924     +Spectrum Health Occupational Svs,   PO Box 2048,    Grand Rapids, MI 49501-2048
15187622      State Farm Bank,   POB 3001,    Malvern, PA 19355-0701
14802925     +State Farm Financial,   PO Box 23025,    Columbus, GA 31902-3025
14802926     +Steve's Mobile Maintenance,   617 Armourdale Pkwy,    Kansas City, KS 66105-2105
14802927     +T & B Truck Repair,   2523 Stateline Road West,    Southaven, MS 38671-1100
14802928      T & E Tire Service,   4980 Stilwell,   PO Box 33442,    Kansas City, MO 64120-3442
14802929     +Team Financial Group,   3391 Three Mile Road NW,    Grand Rapids, MI 49534-1221
14802931     +Tipton Co. Tire & Auto Service,   1015 Berryman Pike,    Tipton, IN 46072-8419
14802932     +Total Truck Parts,   4525 Poplar Level Road,    Louisville, KY 40213-2123
14802933     +Trans Chicago Truck Group,   4000 N. Mannheim,    Franklin Park, IL 60131-1208
14802934     +Transworld Systems,   1375 E. Woodfield Road, #110,    Schaumburg, IL 60173-5423
14802935      Travel Centers of America,   PO Box 641906,    Cincinnati, OH 45264-1906
14802936     +Tri Star Tire Sales Inc,   824 Marshall Road,    Valley Park MO 63088-1922
14802937      Truck Country,   PO Box 689707,    Milwaukee, WI 53268-9707
15381718     +US Bancorp Manifest Funding Services,   Attn: Bankruptcy Department,    1450 Channel Parkway,
               Marshall MN 56258-4005
14802939     +Univest Capital,   3325 Street Road,    Bensalem, PA 19020-2053
14802940     +Univest Capital, Inc.,   9322 Reliable Parkway,    Chicago, IL 60686-0001
14802941      Washington Mutual Home,   PO Box 9001123,    Louisville, KY 40290-1123
14802942     +Williamson County Adjustment Bureau,   612 W. Main St.,    Franklin, TN 37064-2724
14802943      Working Well,   35332 Eagleway,    Chicago, IL 60678-1353
14802944      Wright Express - Fleet Service,   PO Box 6293,    Carol Stream, IL 60197-6293
The following entities were noticed by electronic transmission on Nov 29, 2010.
14802841     +E-mail/Text: mgray@blainebrothers.com                            Blaine Bros,    10011 Xylite NE,
               Minneapolis, MN 55449-5107
14802850     +E-mail/Text: mmcbride@cbankus.com                           Continental Bank,    15 W. South Temple,
               Salt Lake City, UT 84101-1531
14802849     +E-mail/Text: mmcbride@cbankus.com                           Continental Bank,
               15 West South Temple, Ste 420,    Salt Lake City, UT 84101-1514
14802855     +Fax: 309-828-9314 Nov 30 2010 00:57:53     Creditors Alliance,    719 W Chestnut St.,
               PO Box 1288,    Bloomington, IL 61702-1288
14802886      E-mail/Text: bkrptnotices@jjkeller.com                           J J Keller & Associates, Inc,
               PO Box 548,    Neenah, WI 54957-0548
14802893      E-mail/Text: rita.robles@key.com                          Key Equipment,    Payment Processing,
               PO Box 74713,    Cleveland, OH 44194-0796
14802892      E-mail/Text: rita.robles@key.com                          Key Equipment,    Payment Processing,
               PO Box 203901,    Houston, TX 77216-3901
14802894     +E-mail/Text: rita.robles@key.com                          Key Equipment Finance,    PO Box 74713,
               Cleveland, OH 44194-0796
15570112     +E-mail/Text: rita.robles@key.com                          Key Equipment Finance, Inc.,
               1000 S. McCaslin Blvd.,    Superior, Co 80027-9454
14802915      E-mail/Text: drossner@pompstire.com                          Pomps Tire Service, Inc.,
               PO Box 1630,    Green Bay, WI 54305-1630
14802938     +E-mail/Text: bnc@ursi.com                        United Recovery Systems,
               5800 North Course Drive,    Houston, TX 77072-1613
                                                                                             TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14802867      First Federal Leasing
```

```
District/off: 0752-1           User: pseamann            Page 3 of 3              Date Rcvd: Nov 29, 2010
Case: 09-45804                 Form ID: pdf006           Total Noticed: 129

aty*          +Phillip D Levey, ESQ,    2722 North Racine Avenue,    Chicago, IL 60614-1206
aty*          +Phillip D Levey, ESQ,    2722 North Racine Avenue,    Chicago, IL 60614-1206
14802930*     +Team Financial Group,    3391 Three Mile Road NW,     Grand Rapids, MI 49534-1221
                                                                              TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 01, 2010**            **Signature:** _Joseph Speetjens_