# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                          §
                                                §
LODWICH, GEORGE E                               §        Case No. 09-45804
                                                §
            Debtor(s)                           §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                               Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:               Claims Discharged
                                                Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $                    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $                (see **Exhibit 2**), yielded net receipts of $                    from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on                     . The case was pending for     months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Phillip D. Levey_____
                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Robert Lovero | | | |
| Kathy Lodwich | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO Box 533512 Atlanta, GA 30353-3512 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GMAC PO Box 79048 Phoenix, AZ 85062-9048 | | | | | |
| | Park National Bank PO Box 4000 Oak Park, IL 60303 | | | | | |
| | Park National Bank PO Box 4000 Oak Park, IL 60303 | | | | | |
| | Washington Mutual Home PO Box 9001123 Louisville, KY 40290-1123 | | | | | |
| | Washington Mutual Home PO Box 9001123 Louisville, KY 40290-1123 | | | | | |
| | JPMORGAN CHASE | | | | | |
| 000021B | PARK NATIONAL BANK | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| PHILLIP D. LEVEY | | | | | |
| GREATER ILLINOIS TITLE | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GREATER ILLINOIS TITLE COMPANY | | | | | |
| GERALD & JENNIFER LODWICH | | | | | |
| VAN BUREN COUNTY, MICHIGAN | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IRS PO Box 149338 Austin, TX 78714 | | | | | |
| 000020B | IRS | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A-1 Diesel 248A West Main Street Hendersonville, TN 37075 | | | | | |
| | Allied Interstate 3000 Corporate Exchange Dr, 5th Fl Columbus, OH 43231 | | | | | |
| | American Express PO Box 981535 El Paso, TX 79998-1535 | | | | | |
| | American Express PO Box 981535 El Paso, TX 79998-1535 | | | | | |
| | American Express PO Box 981535 El Paso, TX 79998-1535 | | | | | |
| | Armor 1368 Lonedell Road Arnold, MO 63010 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Associated Bank Leasing Divsion PO Box 42 Red Wing, MN 55066 | | | | | |
| | Bank of America PO Box 15184 Wilmington, DE 19850-5184 | | | | | |
| | Bank of America PO Box 15184 Wilmington, DE 19850-5184 | | | | | |
| | Bank of America PO Box 15184 Wilmington, DE 19850-5184 | | | | | |
| | Bank of America PO Box 15184 Wilmington, DE 19850-5184 | | | | | |
| | Bank of America PO Box 15184 Wilmington, DE 19850-5184 | | | | | |
| | Bank of America Platinum Bus Card PO Box 15184 Wilmington, DE 19850-5184 | | | | | |
| | Bank of the West PO Box 515487 Los Angeles, CA 90051-6787 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of the West c/o Law Offices of Douglas Holloway 201 Bennington Street San Francisco, CA 94110 | | | | | |
| | Beamers Piggy Back Sales & Service 11989 Tramway Drive Cincinnati, OH 45241 | | | | | |
| | Beamon's Truck Repair 417 South Highland Ave. Aurora, IL 60506 | | | | | |
| | Belleway Service, Inc. PO Box 3966 South Bend, IN 46619-3966 | | | | | |
| | Blaine Bros 10011 Xylite NE Minneapolis, MN 55449 | | | | | |
| | Carter Tire 51708 State Road 19 North Elkhart, IN 46514 | | | | | |
| | Cavalry Portfolio Services PO Box 800 Purchase, NY 10577-0800 | | | | | |
| | Center Capitol Corporation 3 Farm Glen Blvd. Farmington, CT 06032 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase PO Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Chase PO Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Citi Cards PO Box 6000 The Lakes, NV 89163-6000 | | | | | |
| | Continental Bank 15 West South Temple, Ste 420 Salt Lake City, UT 84101 | | | | | |
| | Continental Bank c/o Bradley R. Jones, P.C. 765 East 9000 South, Suite A-1 Sandy, UT 84094 | | | | | |
| | Cornerstone 122 N. Stone Road Fremont, MI 49412 | | | | | |
| | Credit America 333 City Boulevard West Suite 1700 Orange, CA 92868 | | | | | |
| | Credit Union Services 8131 LBJ Freeway, Ste 400 Dallas, TX 75251 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditors Alliance 719 W Chestnut St. PO Box 1288 Bloomington, IL 61702 | | | | | |
| | Daimler Chrysler Financial Services Payment Processing PO Box 3198 Milwaukee, WI 53201-3198 | | | | | |
| | Davidson Truck & Auto Repair 6682 West 600 South Russiaville, IN 46979 | | | | | |
| | Days Inn 264 South 00 EW - US 31 South Kokomo, IN 46902 | | | | | |
| | Delta Materials Handlings, Inc. PO Box 1000 Dept. #195 Memphis, TN 38148-0195 | | | | | |
| | Dwight Embry's Garage, Inc. 252 New Porter Pike Bowling Green, KY 42103 | | | | | |
| | FCC Equipment Finance PO Box 56347 Jacksonville, FL 32241 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Farmington Truck Center 22098 Canton Court Farmington, MN 55024 | | | | | |
| | Financial Fedreral Credit PO Box 201392 Houston, TX 77216-1392 | | | | | |
| | First Federal Leasing | | | | | |
| | Ford Motor Credit 3010 Highland Park Downers Grove, IL 60515 | | | | | |
| | Freemont Ford Mercury, Inc. 7148 W. 48th Street Fremont, MI 49412 | | | | | |
| | Freemont Tire Wholesalers 424 West Main Fremont, MI 49412 | | | | | |
| | Freightliner of Grand Rapids 5285 Clay Ave. SW Wyoming, MI 49548 | | | | | |
| | GC Services Limited Partnership Collection Agency Division 6330 Gulfton Houston, TX 77081 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GE Transporation Finance PO Box 822108 Philadelphia, PA 19182 | | | | | |
| | GMAC PO Box 380902 Minneapolis, MN 55438 | | | | | |
| | General Tire Service 355 Red River Road PO Box 262 Gallatin, TN 37066 | | | | | |
| | General Tire Service 355 Red River Road PO Box 262 Gallatin, TN 37066 | | | | | |
| | Genuine Parts Co. - Mt. Vernon 5959 Colections Center Drive Chicago, IL 60693 | | | | | |
| | Groebe Management Services, Inc 7250 West College Dr., Ste 2SE Palos Heights, IL 60463 | | | | | |
| | H W Forklift, Inc. 7405 East 12th Street Kansas City, MO 64126 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Heikes Equipment 22008 Canton Court Farmington, MN 55024 | | | | | |
| | Hill Truck Sales PO Box598 South Bend, IN 46619 | | | | | |
| | Holiday Inn South Bulter Hill 4234 Bulter Road Saint Louis, MO 63129 | | | | | |
| | Indiana Truck Sales & Service PO Box 51077 Indianapolis, IN 46251 | | | | | |
| | J J Keller & Associates, Inc PO Box 548 Neenah, WI 54957-0548 | | | | | |
| | JEB & Associates, Inc. 118 N. Clinton St., Ste 100 Chicago, IL 60661 | | | | | |
| | Jerry's Towing & Recovery, Inc. PO Box 318 Newaygo, MI 49337 | | | | | |
| | Kansas City Freightliner Sales, Inc PO Box 418050 Kansas City, MO 64141 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kelly's Auto Parts 500 Gravois Road Fenton, MO 63026 | | | | | |
| | Kenneth Else 777 E. Missouri Ave., Ste 1 Phoenix, AZ 85014 | | | | | |
| | Key Equipment Payment Processing PO Box 203901 Houston, TX 77216-3901 | | | | | |
| | Key Equipment Payment Processing PO Box 74713 Cleveland, OH 44194-0796 | | | | | |
| | Levin Roers PA 7400 Lyndale Ave South, Ste 180 Minneapolis, MN 55423-4055 | | | | | |
| | Lyons Financial Services, Inc. c/o Askounis & Darcy, PC 401 N. Michigan Ave., Suite 550 Chicago, IL 60611 | | | | | |
| | Manifest Funding Services PO Box 790448 Saint Louis, MO 63179-0448 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mid American Leasing Co. 225 South Main Ave. PO Box 5000 Sioux Falls, SD 57117 | | | | | |
| | Mike Raisor Ford PO Box 5028 Lafayette, IN 47903 | | | | | |
| | Mobile Wrench, Inc. 3310 - 12th Street Wayland, MI 49348 | | | | | |
| | Moody's Tire & Auto Service 1600 Columbus Ave. Franklin, TN 37064 | | | | | |
| | NCO 507 Prudential Road Horsham, PA 19044 | | | | | |
| | Napa Auto Parts - Fremont 225 West Main Fremont, MI 49412 | | | | | |
| | Nationwide Recovery Systems 2304 Tarpley, Ste 134 Carrollton, TX 75006 | | | | | |
| | Neely Coble Co. 318 Fesselers Lane Nashville, TN 37210 | | | | | |
| | Neil's Truck & Equipment PO Box 299 Kingston, IL 60145 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nextel - Sprint PO Box 4191 Carol Stream, IL 60197-4191 | | | | | |
| | North 9th Street Napa 2219 North 9th Street Lafayette, IN 47904 | | | | | |
| | O'Reilly Automotive, Inc. PO Box 790098 Saint Louis, MO 63179-0098 | | | | | |
| | Paccar Financial PO Box 642945 Pittsburgh, PA 15264-2945 | | | | | |
| | Paccar Financial PO Box 642945 Pittsburgh, PA 15264-2945 | | | | | |
| | Pomps Tire Service, Inc. PO Box 1630 Green Bay, WI 54305-1630 | | | | | |
| | Prairie Archway Int'l 1400 East Terra Lane O Fallon, MO 63366 | | | | | |
| | Pramco IV, LLC c/o Drive Grach Quade & Masini LLP 111 N. County Street Waukegan, IL 60085 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Q.I. Exchange/Ford Motor Credit 8965 S. Exchange Ave., Ste 300 Las Vegas, NV 89123 | | | | | |
| | Quality Truck Care Center, Inc. PO Box 3337 Oshkosh, WI 54903-3337 | | | | | |
| | Southgate Capital, LLC PO Box 270557 Milwaukee, WI 53227 | | | | | |
| | Southgate Capital, LLC c/o Teller Levit & Silvertrust, P.C 11 East Adams Street, Suite 800 Chicago, IL 60603 | | | | | |
| | Spectrum Health Occupational Svs PO Box 2048 Grand Rapids, MI 49501 | | | | | |
| | State Farm Financial PO Box 23025 Columbus, GA 31902 | | | | | |
| | Steve's Mobile Maintenance 617 Armourdale Pkwy Kansas City, KS 66105 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | T & B Truck Repair 2523 Stateline Road West Southaven, MS 38671 | | | | | |
| | T & E Tire Service 4980 Stilwell PO Box 33442 Kansas City, MO 64120-3442 | | | | | |
| | Team Financial Group 3391 Three Mile Road NW Grand Rapids, MI 49544 | | | | | |
| | Tipton Co. Tire & Auto Service 1015 Berryman Pike Tipton, IN 46072 | | | | | |
| | Total Truck Parts 4525 Poplar Level Road Louisville, KY 40213 | | | | | |
| | Trans Chicago Truck Group 4000 N. Mannheim Franklin Park, IL 60131 | | | | | |
| | Transworld Systems 1375 E. Woodfield Road, #110 Schaumburg, IL 60173 | | | | | |
| | Travel Centers of America PO Box 641906 Cincinnati, OH 45264-1906 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Tri Star Tire 824 Marshall Road St. Louis, MO 63088 | | | | | |
| | Truck Country PO Box 689707 Milwaukee, WI 53268-9707 | | | | | |
| | United Recovery Systems 5800 North Course Drive Houston, TX 77072 | | | | | |
| | United Recovery Systems 5800 North Course Drive Houston, TX 77072 | | | | | |
| | Univest Capital, Inc. 9322 Reliable Parkway Chicago, IL 60686 | | | | | |
| | Williamson County Adjustment Bureau 612 W. Main St. Franklin, TN 37064 | | | | | |
| | Working Well 35332 Eagleway Chicago, IL 60678-1353 | | | | | |
| | Wright Express - Fleet Service PO Box 6293 Carol Stream, IL 60197-6293 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000026 | CATERPILLAR FINANCIAL SERVICES | | | | | |
| 000013 | CENTER CAPITAL CORPORATION | | | | | |
| 000022 | CONTINENTAL BANK | | | | | |
| 000029 | CREDIT UNION OF TEXAS | | | | | |
| 000014 | DAVIDSON TRUCK & AUTO REPAIR | | | | | |
| 000001 | FINANCIAL FEDERAL CREDIT INC. | | | | | |
| 000015 | GROEBE MANAGEMENT SERVICES, INC | | | | | |
| 000028 | JEB & ASSOCIATES, INC. | | | | | |
| 000030 | KEY EQUIPMENT FINANCE, INC. | | | | | |
| 000016 | MOBILE WRENCH, INC. | | | | | |
| 000025 | PACCAR FINANCIAL CORP | | | | | |
| 000021A | PARK NATIONAL BANK | | | | | |
| 000017 | PRAMCO IV, LLC 64230016 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000027 | TRI STAR TIRE SALES INC | | | | | |
| 000023 | US BANCORP MANIFEST FUNDING SERVICE | | | | | |
| 000024 | US BANCORP MANIFEST FUNDING SERVICE | | | | | |
| 000018 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000019 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000006 | CHASE BANK USA, N.A. | | | | | |
| 000007 | CHASE BANK USA, N.A. | | | | | |
| 000002 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000003 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000005 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000009 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000010 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000011 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000012 | STATE FARM BANK | | | | | |
| 000020A | IRS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-45804 | JPC | Judge: JACQUELINE P. COX |
| Case Name: | LODWICH, GEORGE E | | |

For Period Ending: 11/28/10

| Trustee Name: | Phillip D. Levey |
| Date Filed (f) or Converted (c): | 12/03/09 (f) |
| 341(a) Meeting Date: | 01/08/10 |
| Claims Bar Date: | 05/20/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. 6300 Parc Corniche, Unit 3305, Orlando, FL | 100,000.00 | 9,189.00 | DA | 0.00 | FA |
| 2. 11895 E. Carol Ave., Scottsdale, AZ | 225,000.00 | 0.00 | OA | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 3. 12606 S. Hillcreek Drive, Palos Park, IL | 650,000.00 | 0.00 | OA | 0.00 | FA |
| 4. 66987 CR376, Bangor, MI | 140,000.00 | 39,665.00 | | 130,000.00 | FA |
| 5. VACANT LOT LOCATION: LOT 31, UNIT 1, PUEBLO, CO | 5,000.00 | 5,000.00 | DA | 0.00 | FA |
| 6. CHECKING ACCOUNT PRIVATE BANK | 3,200.00 | 0.00 | DA | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 7. CHECKING ACCOUNT BANK OF AMERICA | 28.00 | 0.00 | DA | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 8. CHECKING ACCOUNT INOVA CREDIT UNION, MISHAWAKA, IN | 240.00 | 0.00 | DA | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 9. HOUSEHOLD GOODS AND FURNISHINGS - 4 BEDROOM SETS, | 2,000.00 | 768.00 | DA | 232.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 10. NECESSARY WEARING APPAREL | 300.00 | 0.00 | DA | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 11. 2 BRACELETS AND 1 WATCH | 300.00 | 300.00 | DA | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 12. PRUDENTIAL LIFE INSURANCE, #R4 110 962, BENEFICIAR | 16,025.00 | 0.00 | DA | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 13. NATIONAL LIFE, #1652238, BENEFICIARY KATHY LODWICH | 5,285.00 | 0.00 | DA | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 14. IRA | 23,000.00 | 0.00 | DA | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 15. GKM & ASSOCIATES, INC., 1000 SHARES @ $1.00 PER SH | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 16. SAFEGUARD, INC. - HOLDING COMPANY GEORGE LODWICH O | 0.00 | 0.00 | DA | 0.00 | FA |

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 23)*

Ver: 16.00a

**FORM 1**
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page:    2

Exhibit 8

| Case No: | 09-45804 | JPC | Judge: JACQUELINE P. COX |
|---|---|---|---|
| Case Name: | LODWICH, GEORGE E | | |

| Trustee Name: | Phillip D. Levey |
|---|---|
| Date Filed (f) or Converted (c): | 12/03/09 (f) |
| 341(a) Meeting Date: | 01/08/10 |
| Claims Bar Date: | 05/20/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 17. MAGGART & SONS - GEORGE LODWICH OWNS 100 % | 0.00 | 0.00 | DA | 0.00 | FA |
| 18. PRAIRIE ESTATES PARTNERSHIP, LLC OWNS 3 LOTS IN WI | 60,000.00 | 20,000.00 | DA | 0.00 | FA |
| 19. 2008 FEDERAL TAX REFUND; DEBTOR EXPECTS THE IRS TO | 8,886.00 | 0.00 | DA | 0.00 | FA |
| 20. 1998 GMC VAN, 135,000 MILES; OWNED BY DEBTOR AND M<br>Debtor Claimed Exemption | 1,990.00 | 0.00 | DA | 0.00 | FA |
| 21. BURIAL PLOT AT RESURRECTION CEMETERY | 1,200.00 | 1,200.00 | DA | 0.00 | FA |
| 22. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.59 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)            $1,243,454.00        $76,122.00                $130,233.59        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):  /  /        Current Projected Date of Final Report (TFR):  /  /

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 09-45804    JPC | Trustee Name: | Phillip D. Levey |
| Case Name: | LODWICH, GEORGE E | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******3690  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6695 | | |
| For Period Ending: | 06/02/11 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| 06/29/10 | | Greater Illinois Title COmpany | Sale of Real Estate | 15,870.61 | | 15,870.61 |
| | 4 | GREATER ILLINOIS TITLE COMPANY | Memo Amount:        130,000.00 | | | |
| | | | Sale of Real Estate | | | |
| | | JPMORGAN CHASE | Memo Amount:     (      95,815.33 ) | | | |
| | | | Mortgage Pay-Off | | | |
| | | VAN BUREN COUNTY, MICHIGAN | Memo Amount:     (       1,261.00 ) | | | |
| | | | Government Recording Charges | | | |
| | | LOVERO, ROBERT | Memo Amount:     (         475.00 ) | | | |
| | | | Co-Owner Attorney Fees | | | |
| | | LODWICH, KATHY | Memo Amount:     (      14,134.61 ) | | | |
| | | | Co-Owner's Share of Proceeds | | | |
| | | GREATER ILLINOIS TITLE | Memo Amount:     (          50.00 ) | | | |
| | | | Delivery Fee | | | |
| | | GERALD & JENNIFER LODWICH | Memo Amount:     (       1,582.63 ) | | | |
| | | | Tax Proration - 2010 | | | |
| | | GREATER ILLINOIS TITLE COMPANY | Memo Amount:     (         810.82 ) | | | |
| | | | Title Charges | | | |
| 07/30/10 | 22 | BANK OF AMERICA | Interest Rate  0.030 | 0.39 | | 15,871.00 |
| 08/31/10 | 22 | BANK OF AMERICA | Interest Rate  0.030 | 0.41 | | 15,871.41 |
| 09/30/10 | 22 | BANK OF AMERICA | Interest Rate  0.030 | 0.39 | | 15,871.80 |
| 10/29/10 | 22 | BANK OF AMERICA | Interest Rate  0.030 | 0.40 | | 15,872.20 |
| 11/30/10 | 22 | BANK OF AMERICA | Interest Rate  0.030 | 0.40 | | 15,872.60 |
| 12/31/10 | 22 | BANK OF AMERICA | Interest Rate  0.030 | 0.40 | | 15,873.00 |
| 01/13/11 | 22 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 0.16 | | 15,873.16 |
| 01/13/11 | | Transfer to Acct #*******5740 | Final Posting Transfer | | 15,873.16 | 0.00 |

Page Subtotals                    15,873.16                15,873.16

Ver: 16.02b

Page:    2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 09-45804    JPC |
| Case Name: | LODWICH, GEORGE E |
| Taxpayer ID No: | *******6695 |
| For Period Ending: | 06/02/11 |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******3690  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |
|---|---|---|---|---|
| Memo Allocation Receipts: | 130,000.00 | COLUMN TOTALS | 15,873.16 | 15,873.16 | 0.00 |
| Memo Allocation Disbursements: | 114,129.39 | Less:  Bank Transfers/CD's | 0.00 | 15,873.16 | |
| | | Subtotal | 15,873.16 | 0.00 | |
| Memo Allocation Net: | 15,870.61 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 15,873.16 | 0.00 | |

Page Subtotals                    0.00                    0.00

Ver: 16.02b

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-45804   JPC |
| Case Name: | LODWICH, GEORGE E |
| Taxpayer ID No: | *******6695 |
| For Period Ending: | 06/02/11 |

| Trustee Name: | Phillip D. Levey |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******5740  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| 01/13/11 | | Transfer from Acct #*******3690 | Transfer In From MMA Account | 15,873.16 | | 15,873.16 |
| 01/15/11 | 000101 | PHILLIP D. LEVEY | Chapter 7 Compensation/Fees | | 4,550.06 | 11,323.10 |
| | | 2722 NORTH RACINE AVENUE | | | | |
| | | CHICAGO, IL  60614 | | | | |
| 01/15/11 | 000102 | PHILLIP D. LEVEY | Chapter 7 Expenses | | 111.69 | 11,211.41 |
| | | 2722 NORTH RACINE AVENUE | | | | |
| | | CHICAGO, IL  60614 | | | | |
| 01/15/11 | 000103 | PHILLIP D. LEVEY | ATTORNEY FEES | | 6,313.72 | 4,897.69 |
| 01/15/11 | 000104 | IRS | Claim 000020B, Payment 9.20452% | | 4,897.69 | 0.00 |
| | | PO Box 149338 | | | | |
| | | Austin, TX 78714 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | | COLUMN TOTALS | 15,873.16 | 15,873.16 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | | Less: Bank Transfers/CD's | 15,873.16 | 0.00 | |
| | | | Subtotal | 0.00 | 15,873.16 | |
| Memo Allocation Net: | 0.00 | | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 0.00 | 15,873.16 | |

| | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| Total Allocation Receipts: | 130,000.00 | | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 114,129.39 | | Money Market Account (Interest Earn - *******3690 | 15,873.16 | 0.00 | 0.00 |
| | | | Checking Account (Non-Interest Earn - *******5740 | 0.00 | 15,873.16 | 0.00 |
| Total Memo Allocation Net: | 15,870.61 | | | ------------------------ | ------------------------ | ------------------------ |
| | | | | 15,873.16 | 15,873.16 | 0.00 |
| | | | | ============ | ============ | ============ |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        15,873.16        15,873.16

Ver: 16.02b

FORM 2    Page:    4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**    Exhibit 9

| Case No: | 09-45804    JPC | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | LODWICH, GEORGE E | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5740  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6695 | | |
| For Period Ending: | 06/02/11 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  | Page Subtotals | 0.00 | 0.00 |  |